Exhibit "A"





# A HERITAGE
# OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS
FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

 **Thermador.**

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG      Enter keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR

# ABOUT THERMADOR



**A HERITAGE OF INNOVATION**

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.



**Company Information**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Thermador Heritage**
Thermador was founded in 1916 by William E. Cranston as a manufacturer of electric items, particularly portable and built-in electric room heaters.
**LEARN MORE**



**Press Room**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Promotions**
Get an unbelievable deal on #1-rated Thermador luxury appliances and turn your kitchen into a complete culinary studio.
**LEARN MORE**



**Events**
**LEARN MORE**



**Blog**
**GO TO OUR BLOG**

## SHOWROOMS

Choose a location below to make and appointment for a consultation. Can't find a showroom near you? Please go to the dealer locator to find an authorized dealer In your area.

▸ **BRISBANE - PURCELL MURRAY**

▸ **HUNTINGTON BEACH - PURCELL MURRAY**

▸ **TUKWILA - ECHELON HOME PRODUCTS**

Smithsonian Magazine | Jun-12 | Inside | Zinio Digital Magazines



Thermador ★

# FIVE INNOVATIONS THAT WILL CHANGE THE WAY YOU COOK

Meet the innovations that will define the kitchen of tomorrow, from the brand that's been redefining cooking for a century. The Thermador Pro Grand® Steam Range, featuring the first full-function combination Steam and Convection oven. The Freedom® Induction Cooktop, gives you the freedom to move pots anywhere on the cooking surface. The award-setting speed of the Star Sapphire™ dishwasher. The ultimate flexibility of Freedom® Refrigeration. And the Built-in wall oven, reimagined by the brand that invented it. For those who love to cook, Thermador delivers a new suite of appliances that are simply hotter, cooler, faster and better than anything the kitchen industry has seen.

AN AMERICAN ICON AND HER AMERICAN ICONS

Julia Child's iconic kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center. Featuring classic Thermador innovations of the time. Child's kitchen dedicated on its permanent exhibition in 1972.

VISITTHERMADOR.COM



# THE WALL OVEN REIMAGINED BY ITS MAKERS



**THERMADOR BUILT-IN WALL OVENS\***

Flexibility is a beautiful thing. Whether your culinary muse demands a convection microwave with your oven, or both an oven and warming drawer, Thermador Professional\* and Masterpiece\* Series built-in wall ovens offer real cooks an array of combinations and variety of models to ignite their passion. In 2012 innovative SoftClose\* door hinges prevent slamming and join a long list of exclusive features, including the fastest pre-heat on the market, Speed Convection, Maxbroil™, a heavy-duty rotisserie, and a massive 4.7 cubic foot capacity.



## AN AMERICAN ICON AND HER AMERICAN ICONS

Julia Child's iconic kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center. Featuring classic Thermador innovations of the time, Child's kitchen debuted on nationwide television in 1970.

\*Available Summer 2012. Visit thermador.com.





zinio™

log in    register    safe view: on / off    help

ılılı my library    🛍 cart (0)

home    shop    featured

art | automotive | entertainment | home | lifestyle | men | news | science & tech | sports | travel | women | view all

All Digital Magazines and Books › Travel - magazines › Smithsonian Magazine › Jun-12 › Pages 38 / 39



Thermador®

# FIVE INNOVATIONS THAT WILL CHANGE THE WAY YOU COOK



AN AMERICAN ICON AND HER AMERICAN ICONS



**ABOUT THIS DIGITAL ISSUE**



**Smithsonian Magazine**
Jun-12

Buy this issue »
Buy a subscription »

**SHARE THIS ARTICLE**    ⊞

keep looking



HOME    ABOUT    THERMADOR WEBSITE

# Thermador on Pinterest: A Heritage Worth Pinning

👤 POSTED BY THE THERMADOR TEAM   🕐 ON JUNE - 7 - 2012    💬 ADD COMMENTS





Are you pinning?

We're big on Pinterest, and a quick visit to the Thermador Pinterest page will prove that point. The Thermador luxury style enjoyed by so many culinary enthusiasts manifests itself on a social media outlet like Pinterest, which lets users express themselves like never before.

With 2012 being a gigantic year for Thermador on the product launch side, we're having a blast going back and looking at the roots that helped create the American luxury kitchen of today.

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW
SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012
CES WITH THE FREEDOM® INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

Julia Child, who will be remembered this year on the 100th anniversary of her birth, was one of Thermador's original brand champions. And while the wall oven advertisements of yesteryear are a far cry from, say, a sparkling 16-page ad in *Fast Company* magazine, they're still fun to look at today–especially as we get closer to next month's launching of our new wall oven line.

Our Pinterest page also provides a great chance to see the best in today's kitchen design and product innovation, but when you finish daydreaming we've got plenty more for you at the official Thermador web site.

FEATURED    MISCELLANEOUS

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

Copyright © 2010 Thermador Blog

Subscribe to Posts

Subscribe to Comments

<?

## Thermador Home Appliances
Pinned 14 weeks ago from **thermador.com**



Julia Child had Thermador appliances in her beloved kitchen

🔲 Like    0

🐦 Tweet

<> Embed

⚑ Report Pin

Pinned onto the board
## Our Heritage

 

Originally pinned by                          Pinned via **pinmarklet** from
## Thermador Home A|                          ## thermador.com

                          

## 2 Repins

 Cynthia Neal onto         Cynthia Neal onto
**For the Home**                              **For the Home**

## 1 Like



Search

*Pinterest*

English ▾    About ▾    Login

Pinterest is an online pinboard.
Organize and share things you love.

**Request an Invite »**    Login



# Thermador Home Appliances

Thermador has been providing real innovations for real cooks for eleven decades. The iconic line of cooking, cleaning, refrigeration and ventilation products remains committed to empowering culinary ...

📞 📍 Irvine, CA

Repins from

 **Aaron De Simone**

 **Sur La Table**

 **clemmy closson**

**15** Boards    **165** Pins    **1** Like    Activity

**90** Followers    **17** Following

**Mother's Day Brunch**
4 pins



Photo of a pin

**La Dolce Vita**
7 pins



**Chocolate Galore**
11 pins



**Amuse-Bouche**
5 pins



**Cocktail Party**
14 pins



**Our Heritage**
4 pins



**Beautiful Homes**
10 pins



**Culinary Tools**
11 pins



**The Raw Movement**
7 pins



**Entertaining with Style**
20 pins



 Search · English ▾ · About ▾ · Login

Pinterest is an online pinboard.
Organize and share things you love.

Request an Invite »   Login

# Our Heritage

 Thermador Home Appliances

**76** followers, 4 pins



The First Wall Oven by Thermador
2 repins

stahl-clan.com



Thermador invests the First Built-In Wall Oven
1 like   2 repins

thermador.com



Julia Child had Thermador appliances in her beloved kitchen
1 like   2 repins

thermador.com



Thermador
2 repins

flickr.com



FEATURED PRODUCT



Thermador
36" Gas Cooktop
5-Burner
MORE

| Connect | Search | **GO** |

# Purcell Murray Blog

Twitter Feed: Living The Gaggenau Difference - http://t.co/PDrITdnA May 14, 2012

Products    Tips, Techniques, & Guides    Recipes    My Favorites

## PRODUCTS



### Thermador: A History in the Making

By Kevin Murray on July 7th, 2010

2010 is a special year for Thermador, marking 55 years since the company revolutionized home cooking by introducing the world's first built-in wall oven. Since then, the name Thermador has become synonymous with the modern American kitchen, thanks to forward-thinking products and the endorsement of television's domestic heroines. Only the best was suitable for Mike and Carol's kids on The Brady Bunch, and housekeeper Alice set the kitchen standard when, beginning in 1969, she prepared the family's meals using a Thermador wall oven and other Thermador appliances. A year later, American culinary superstar Julia Child followed suit, choosing to use the Thermador wall oven for her nationally-acclaimed PBS series. (Thirty years later, Child donated her kitchen to the Smithsonian museum, where the Thermador wall oven enjoys notoriety as an important piece of American television and food history.)

## PRODUCTS



Induction +
Cirrus =
Perfection

## PRODUCTS

Steamed Lobster
Tail Salad

## PRODUCTS



Modern Kitchen

## PRODUCTS



Happy
Anniversary,
U-Line!

PAID AD

## TOP POSTS

How to Roast a
Turkey in a
Convection Oven

Sunday Brunch –
Green Chili Cheese
Breakfast Casserole,
with Bacon, Sausage
& Fresh Peach Drop
Scones

Thermador: A
History in the Making

Pork Shoulder
Roast with Roasted
Acorn Squash, Sweet
Potatoes & Apples

Product Review:
Bosch 800 Plus
Dishwashers

## ARCHIVE

May 2012
March 2012
February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011
February 2011



Courtesy of The Brady Bunch



Courtesy of Julia Child PBS Series

Propelled by this stint in the spotlight, Thermador continued to produce revolutionary kitchen technology for the American cook. In 1975 the company launched the unique triple-oven, three-way-microwave, warming-drawer and oven-combo unit, a product that is still unmatched by any other brand in the industry. The following year, Thermador invented the first "speed cooking" oven (a combination microwave-thermal built-in oven), which set new standards for kitchen efficiency.

In 1998, Thermador invented a product that kicked the brand up several notches, forever changing the company's technology — the StarBurner, a unique five-point burner that defied cooktop conventions while improving rangetop performance. The burner's shape ensured more even cooking and more efficient flame distribution, making for easier, superior cooking and easy clean-up. The StarBurner remains a staple feature of Thermador rangetops today.




The introduction of CookSmart technology in 2000 even further contributed to Thermador's mission of kitchen efficiency. A combination of microwave and convection hearing, CookSmart technology heats to optimal temperatures while cutting cooking time by up to 50 percent. Home cooks could spend more time with their families and

January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
April 2009
March 2009
October 2008
September 2008
May 2008
April 2003
March 2003
February 2003
January 2003

 **facebook**    Search for people, places and things      John Paul Narcise    **Find Friends**

 **Thermador**   41,651 like this
August 13, 2010 at 3:26pm · 🌐      👍 **Like**

==Sunday would have been Julia Child's 98th birthday! Did you know Julia Child used a Thermador wall oven in her nationally acclaimed PBS cooking series? Today you can still see her oven and entire set at the Smithsonian.==

Like · Comment · Share

 22 people like this.

 **Sean O'Brien** We keep the same "Flame" colored Le Cruset Pan she also used on display on our Thermador Pro Cooktop, across from our Wall Oven!
August 13, 2010 at 3:37pm · Like

 **Lynn Adcock Carson** That is too cool!
I have a thermador vent hood that has the heat lamps and racks. Can not find a vent/fan filter for it. Can you please help? Really like it, would hate to have to replace it.
August 13, 2010 at 5:47pm · Like

 **Jennifer Hoffman** rabid Julia fan here!
August 13, 2010 at 8:28pm · Like

 **Thermador** Hi Lynn! We're happy to help. Please send us any info you have about your hood to Zach@Thermador.com.
August 13, 2010 at 9:23pm · Like

 **Becky Harris Delson** I was so lucky to meet Julia at a book signing several years ago. It was a life changing moment for me. Didn't know her oven was a Thermador!
August 13, 2010 at 10:05pm · Like

 **Joyce Sapon** can't wait until mine is installed!
August 13, 2010 at 10:29pm · Like

 **Adri Barr Crocetti** Some of us food bloggers, my blog is www.thefrontburner.us

submitted pix of Julia's recipes that we made to Cooking Channel to honor Julia. The pix are posted at:
http://www.cookingchannaltv.com/chefs/food-people-cooking-julia-child/pictures/index.html
August 13, 2010 at 10:41pm · Like

 **Joan Picone** HAPPY BIRTHDAY JULIA!.. you made everyone a STAR CHEF!!!! but THERMADOR completes it with that STAR burner..... we couldn't do it with out you!
August 15, 2010 at 11:05am · Like

 **Randa McGee Seargeant** I didn't know that, but I have been trying some of her recipes this summer and they have all been delicious! Happy Birthday, Julia...we miss you!
August 16, 2010 at 10:14pm · Like

 Write a comment...

**People You May Know**    See All

 **Nam Vien**
➕ Add Friend

**Sponsored** 📝    See All

**Internet, Unleashed**
 Stay connected with AT&T. Internet for less than $20/mo. No home phone required.
Jami Rahman likes AT&T.

 **Greek Theatre L.A.**
David Byrne & St. Vincent on 10/13 tix ON SALE NOW! Got yours? http://bit.ly/Byrne_Vincent

👍 **Like This Page**

**Your map is getting dusty**
 Your travel map is getting dusty. Add your recent trips now!
Marai Jamgochian used TripAdvisor.

**Just keep running!**
 Obsession is what lazy people call dedication. Love running? Join us now!
8,639 people like Tribesports.

**$25 Half Marathon**
 50% Off Half Marathon Race! Get Your Running Shoes On!
6,238 people like Zazi.

Facebook © 2012

English (US)    Privacy    Terms
Cookies    Advertising    Help
More ▾

👤● Chat (Offline)

**Thermador**
Like This Page · March 3

Like · Comment · Share

Write a comment...

Sponsored                                                    See All

**Special Offers from AT&T**

Check out these special limited-time offers from AT&T.

Jami Rahman likes AT&T.

**Introducing HTC Rezound™**

Stream true HD video at Verizon 4G LTE speed and experience studio quality sound with Beats Audio™ technology and Beats™ headphones.



| FIND A DEALER | GET A QUOTE | ABOUT | CONTACT | BLOG | | Enter Keyword |

COOKING   REFRIGERATION   DISHWASHERS   PLANNING   TRADE   CULINARY   SUPPORT   ★ MY THERMADOR



A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

# THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

About  >  Press Room  >  Thermador Partners with Culinary TV Personality

**ABOUT US** 

## THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

› **Print**   › **Share**

**THERMADOR PARTNERS WITH CULINARY TV PERSONALITY**

*Tulsa, Okla.-based cooking celebrity Remmi Smith to work with the luxury-appliance brand on new television series focused on healthy cooking for children*

**HUNTINGTON BEACH, Calif. (Nov. 17, 2010)** — Luxury kitchen appliance brand Thermador today announced a partnership to sponsor a new television series called "The Culinary Kid." Hosted by 10-year-old Remmi Smith, a local culinary celebrity based in Tulsa, Okla., the new show will center on learning how to cook nutritious meals and educating children and their families on the value of healthy food.

"The Culinary Kid" will follow Remmi as she attends the Oklahoma State University Institute of Technology's Culinary Arts Program (OSUIT), where she is required to study, practice and develop her culinary knowledge and skills. Additionally, the series will feature Remmi demonstrating her cooking repertoire in a show kitchen located at Metro Appliances & More, furnished with Thermador appliances. The new series is scheduled to air starting Jan. 5, 2011, during primetime at 7 p.m. on Cox Channel 3, HD703 and Video on Demand in local markets surrounding Tulsa.

"When first approached by Remmi and her team, we were thrilled to offer Metro Appliances & More as the venue for her television program," said Judy Bilyeu, corporate marketing director, Metro Appliances & More. "And because we were so impressed by Remmi's desire to teach other young people healthy cooking habits, we immediately knew Thermador would be the perfect partner. Thermador has been providing quality products for cooks for more than 75 years and remain committed to empowering culinary enthusiasts to be their best."

Thermador's sponsorship will include 30-second spot commercials and closing credits in each series episode, inclusion on website www.cooktimewithremmi.com, and cross-promotion on Facebook™ and Twitter™. Remmi will also wear a Thermador chef's jacket in each episode.

"The sponsorship of the 'The Culinary Kid' show gives Thermador the opportunity to connect with culinary enthusiasts in Tulsa and surrounding areas — both the young and the young at heart," said Zach Elkin, director of Thermador brand. "Besides the

## FOR MEDIA INQUIRIES PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Marni Hale - Thermador - (949) 724-3560 - marni.hale@bshg.com

**For web ready images, Click Here to visit our photo gallery.**

 FACEBOOK    TWITTER    YOUTUBE

## Related Photos

Choose a thumbnail below to view and download full image



FIND A DEALER    GET A QUOTE    ABOUT    CONTACT

BLOG

Enter keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR



A HERITAGE
OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS
FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

# PRESS ROOM

About  >  Press Room

**ABOUT US**

## PRESS RELEASES

**05/15/2012** ›  Thermador's Built-in MicroDrawer™ Microwave Redefines Kitchen Innovation and Flexibility

**04/04/2012** ›  Thermdor Unveils Contest to Win the Ultimate Kitchen

**04/03/2012** ›  Thermador Reveals the Most Dynamic Dishwasher in its Luxury Collection

**04/03/2012** ›  Thermador's 2012 ONE, TWO, FREE™ Upgrades to Include Luxury Dishwasher Line

**02/06/2012** ›  Thermador's 2012 ONE, TWO, FREE™ Promotion Powers Up With Steam

**01/06/2012** ›  Thermador Freedom® Induction Cooktop Provides a Glimpse of the Future

**01/05/2012** ›  Thermador Sets New Standard for Refrigeration with Its 2012 Freedom® Collection

**10/14/2011** ›  Thermador Teams with White on Rice Couple

**08/17/2011** ›  Thermador to be Showcased at Kansas City's Premier Home Design Store

**08/16/2011** ›  Thermador Readies for Launch of 'Ultimate Culinary Center'

**05/18/2011** ›  HGTV Star Candice Olson to Headline at Atlanta Luxury Living Kitchen Forum

**05/10/2011** ›  Thermador Ushers in a New Era of Steam Cooking

FOR MEDIA INQUIRIES
PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Mami Hale - Thermador - (949) 724-3560 - mami.hale@bshg.com

**For web ready images, Click Here to visit our photo gallery.**

 FACEBOOK     TWITTER     YOUTUBE

A Steamy Soiree, Hosted by Thermador : Thermador Home Appliance Blog



HOME    ABOUT    THERMADOR WEBSITE

**Thermador**

CATEGORIES ▼    ARCHIVES ▼

What a lot of our guests came to see:
Freedom Induction. #UltimateKitchen
http://t.co/yXSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen
http://t.co/aif187Ky # 5 hours ago

#UltimateKitchen cookies :)
http://t.co/Ye5anm1r # 17 hours ago

Round two of OC dining experience with fab
bloggers at Villa Nova. #UltimateCooking # 19
hours ago

Mozza and now Villa Nova for our progressive
dinner tour at #UltimateKitchen experience.
Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW
SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012
CES WITH THE FREEDOM® INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

## A Steamy Soiree, Hosted by Thermador

👤 POSTED BY THE THERMADOR TEAM   🕐 ON JUNE - 6 - 2011   💬 3 COMMENTS



What's hot, steamy and a foodie magnet?

Last week it was the Thermador Gallery & Training Center in Scottsdale, Ariz., where we hosted our Steamy Soiree blogger event. Twenty food bloggers from all over the country were in attendance as we unveiled for the first time ever the Pro Grand Steam Range, Thermador's most crowning achievement to date.



And yes, we literally unveiled it. When the cover came off, it was like the paparazzi were there. Zach Elkin, director of the Thermador brand, did the official unveiling honors.

That was the main event, but there was plenty more fun throughout the rest of the trip. We kicked the day off with a presentation on Thermador's heritage — which includes Julia Child and Alice from "The Brady Bunch" — before seguing into a hands-on lunch preparation.

Butter-Poached Lobster Tail with Sambuca Flambéed Fennel : Thermador Home Appliance Blog

HOME    ABOUT    THERMADOR WEBSITE

# Thermador

**CATEGORIES** ▼    **ARCHIVES** ▼



What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/yXSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/alf187Ky # 5 hours ago

#UltimateKitchen cookies :) http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

## Butter-Poached Lobster Tail with Sambuca Flambéed Fennel

👤 POSTED BY KYLE JAKOBI  🕐 ON JANUARY - 14 - 2011   💬 ADD COMMENTS

**Butter-Poached Lobster Tail with Sambuca Flambéed Fennel Recipe**



Around here, Lobster Thermidor gets all the love. The name is so similar, Julia Child made it famous, on and on we go — it's almost the perfect Thermador dish.

Lost in the shuffle are all the other lobster recipes.

Until this week.

Thanks to our brand new Thermador Web Experience, we now have "Butter-Poached Lobster Tail with Sambuca Flambéed Fennel" on the Thermador menu.

If you're looking for that new lobster recipe, well, here you are!

Click here to watch the how-to video on the Web Experience.

**Recipe: Butter-Poached Lobster Tail with Sambuca Flambéed Fennel**

2 lobster tails
4 cups butter
6 bulbs fennel (julienne)
Red peppers (julienne)
Tarragon (picked from stem)
Nutmeg
Sambuca Liquor
Olive oil
3 Oranges (segment half, and cut the rest in half)

1. Place 1½ butter in a small pot over a low flame, add lobster tail and tarragon
2. Simmer on a low flame until butter is melted and starts to show signs of boiling
3. While lobster is simmering slowly, heat a medium size pan on high heat
4. Place oil in pan and then add fennel and sauté till translucent
5. Add Sambuca to fennel off the flame, then tip the pan into the flame to ignite the alcohol
6. Once the alcohol is cooked off, add red pepper and season to taste.
7. Add a tablespoon of butter to fennel; squeeze ⅓ of an orange into the pan.
8. Place fennel in center of plate, remove lobster from the butter

From the Director's Desk: Brand Interaction On-demand : Thermador Home Appliance Blog

HOME    ABOUT    THERMADOR WEBSITE

# *Thermador*

CATEGORIES ▼    ARCHIVES ▼

What a lot of our guests came to see:
Freedom Induction  #UltimateKitchen
http://t.co/XSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen
http://t.co/alf187Ky # 5 hours ago

#UltimateKitchen cookies :)
http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab
bloggers at Villa Nova. #UltimateCooking # 19
hours ago

Mozza and now Villa Nova for our progressive
dinner tour at #UltimateKitchen experience.
Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW
SHOWROOM 'READY TO GO'

THERMADOR TEAM ON THERMADOR ROCKS 2012
CES WITH THE FREEDOM® INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

## From the Director's Desk: Brand Interaction On-demand

👤 POSTED BY ZACH ELKIN   🕐 ON APRIL - 1 - 2011   💬 ADD COMMENTS



Videos from the Thermador Web Experience feature true home cooks performing cooking demonstrations.

Have you ever searched for a last-minute recipe on the Internet, but couldn't quite make it come together in time for your dinner party? Or Thanksgiving dinner?  Or worse yet, your March Madness party?

There's always some hang up: How high do I turn the burner? How long do I sauté those mushrooms for? What temperature and convection combination do I turn my oven to?

I know we've been there at my house, and I wish we had the help of Thermador's Web Experience back then. Lucky for all of us, Thermador's Virtual Dinner Party offers the perfect step-by-step solution on-demand at the click of a mouse.

Our Virtual Dinner Party is the first of its kind in the kitchen-appliance industry to offer consumers the opportunity to interact with a brand 24 hours a day, seven days a week, 365 days a year on their computer screens.

If only Julia Child could see Thermador now. And she had a laptop.

Officially, the Thermador Web Experience is an immersive cooking and product demonstration website that makes up a key component to our bold new marketing campaign. It is yet another truly unique innovation from a brand that has 11 decades of them to its name.

The concept behind the experience stemmed from our Gallery & Training Center in Scottsdale, Ariz., where throughout the year we invite employees, dealers, designers, builders, culinary enthusiasts and media out to experience the latest Thermador kitchen innovations at our showcase facility. We wanted to bottle that experience and make it available to everyone.

The immersive aspect of the site makes it seem like you're actually at the dinner party, conversing with the host, learning recipes, and at the same time, gleaning knowledge of our appliances.

The only thing the Web Experience doesn't do is cook your meal for you. But hey, you're a culinary enthusiast, so you wouldn't want that now would you?

Cheers,

Zach Elkin

Director of the Thermador Brand

Channel and HomeClick's Community
site.

## The Thermador Brand

Thermador began making appliances in 1932, after operating for 16 years as
an electrical products manufacturer, and has been innovating ever since.
Julia Child created many of her famous PBS show dishes in a **Thermador** wall
oven.



The company's online **Heritage** page offers a fabulous timeline of
introductions to the home appliance market: wall ovens and cooktops (1947),
"pro ranges" (1948), warming drawers (1952), self-cleaning ovens (1963),
speed cook ovens (1976), pop-up retractable downdraft systems (1978) and
sealed gas burners (1987), among others.

Thermadors are sold through the same high-end appliance showrooms as
their high-end competitors.

## The Facts

Warranty: One year

Pricing: MSRP $13,995

Website: http://www.thermador.com/

*All photos courtesy of Thermador.*

POSTED BY JAMIE GOLDBERG, AKBD, CAPS AT 11:38 AM   

M B t 🔗 f 👍 +1   Recommend this on Google

LABELS: JULIA CHILD, PRO GRAND STEAM RANGE, STEAM OVEN,
THERMADOR

## 2 COMMENTS:

# SENSIBLE STYLE: CO-PUBLISHING VENTURE WITH KITCHENS.COM

2012 Kitchen Trends

2011 Kitchen & Bath Gift Guide

Multi-tasking Appliances and Other
  Holiday Helpers

Vacattion Home Kitchens

Missed in America

Pet-friendly Kitchens

Color Charged

Backsplash Bling

Family Kitchen Tips

Sensible Style for Home Sellers

Due Consideration

Easy Makeovers

Easy Ways to Go Green in your Kitchen

The 7 Most Under-rated Kitchen
  Products

Love Your Kitchen Again

Easy Color Updates

Your 8 Best Holiday Helpers

Small Makeovers, Big Impact

Winning Color Combinations

Small Kitchens, Big Splurges

10 Small Kitchen Tips

10 Most Common Kitchen Problems

# SENSIBLE STYLE COMES TO YOUR HOME!



Click on Picture for In-Home Consult
Details!

Shopping Cart | Hours & Directions | Delivery Policy | Builders | Outlet Store



**CALL (617) 825-9253**
Boston Appliance Showroom: 296 Freeport Street, Dorchester, MA



search brands, products, model numbers

➟ Advanced Search

| Kitchen › | Laundry › | Plumbing › | Lighting › | LED and Recessed Lighting › | Seasonal › |

**REPAIRS**

 ›   🛒 my shopping cart   **PACKAGES**

Yale Appliance + Lighting Home | Thermador Appliances

**RESOURCE CENTER**

Before you buy, get insider tips from the appliance professionals at Yale: Appliance Buying Guide

**THERMADOR APPLIANCE REPAIR**

Get expert appliance repair from Yale's in-house service team. Call (617) 822-5360 or click here: Thermador Appliance Repair

**Thermador Appliances**

- Cooking
- Dishwashers
- Faucets
- Other Seasonal
- Refrigeration
- Ventilation

# Thermador Appliances in Boston, MA at Yale Appliance

## Top-Selling Thermador Appliances



Thermador CIT365EM



Thermador PRD304EG



Thermador CIT365GM

Thermador appliances represent the height of innovation and quality for your home, which may be why ==Julia Child used Thermador appliances for her cooking show.== Since 1916, Thermador appliances have led the industry in new technologies that make cooking and cleaning more precise and efficient.

Yale Appliance in Boston, MA carries a full line of Thermador appliances, including refrigerators, ranges, ovens, cooktops and dishwashers, that will bring the highest standards of appliance design and function to your kitchen.

| Refrigeration | Cooking | Ventilation | Faucets | Other Seasonal |
|---|---|---|---|---|
| Side X Side | Electric | Pro Range Hood | Accessories | |
| Built-In | Gas | Decorative | | |
| Specialty | Dual Fuel | Downdraft | | |
| Freezers | Induction | Accessories | | |
| Accessories | Accessories | **Dishwashers** | | |

# KIEFFER'S APPLIANCES
## Since 1917

| Home | About Kieffer's Appliances | Kieffer's Rebate Page | Kieffer's Website | Kiefferscooks.com |

## Thermador's 48" Pro-Grand Steam Range

Hey Appliance Fans,

Maybe you've heard of Thermador.  Maybe you haven't.  Either way,
they've been changing the kitchen appliance landscape for over 50
years.  I'm not making this up.  They were the first company to develop
a built-in wall oven for the home.   Then they were the first company to
introduce a white wall oven.  Funny how we take white wall ovens for
granted, but SOMEONE had to be the first to create one.



Here's just a small list of innovation courtesy of
Thermador.

Julia Child thought Thermador was good enough to use on her TV
program.   After her show went off the air, she donated her entire kitchen
to The Smithsonian.  So, yeah, you can go to The Smithsonian Institute
and see a Thermador product.  You know, the same museum that
displays the Wright Brother's Airplane.  Yeah, THAT Smithsonian.

Thermador was even good enough for the best I'm-a-kid-home-from-
school-sick-television-show: The Brady Bunch.  Yup, if it was good
enough for Alice to cook on, then it's good enough for you, right?  Right.

So to continue with the innovative tradition that Thermador is known for,
they developed what might be the COOLEST range on the planet today:
The 48" Pro-Grand Steam Range aka "The Ultimate Culinary Center".

### KIEFFER'S "SUPER" SHOWROOM

785 Sumneytown Pike
Lansdale, PA 19440
**(215) 699-3522**
Mon - Fri: 10am-8pm
Sat: 10am-4pm

*Newly re-designed Kitchenaid, GE
Profile, and Electrolux Displays! *

### LINKS

o Kieffer's Appliances Website
o Kieffer's Cooks

### CATEGORIES

o Appliances 101 (7)
o Blog Entries (21)
o Celebrity Kitchens (2)
o Cooking (18)
o Dishwashing (7)
o Events (1)
o Laundry (2)
o Miscellaneous (15)
o Old Entries (18)
o Outdoor Kitchens (8)
o Refrigeration (7)
o Uncategorized (2)
o Ventilation (3)

### FOLLOW US ON TWITTER

o Ever wonder how to choose the
perfect oil for the perfect meal?
ow.ly/bOE7O 2 days ago
o My iPhone auto-correct changed
Frigidaire to "Frigidity." I think
that's the hip-hop version of
Frigidaire, right? @ShopFrigidaire
1 week ago
o What's the best range for "The
Most Interesting Man In The
World"? ow.ly/bIdN0 1 week ago
o How many times do you pick a
chain restaurant over an
independent one? Friends don't let
friends eat bad food. ow.ly/bGa4i
1 week ago
o Russet in Philly. Just open

◉ Follow



# *Thermador.*

FIND A DEALER   GET A QUOTE   ABOUT   CONTACT   BLOG

COOKING   REFRIGERATION   DISHWASHERS   PLANNING   TRADE   CULINARY   SUPPORT   ★ MY THERMADOR

## HERITAGE

About ➤ Heritage

ABOUT US



**ELEVEN DECADES OF INNOVATION + PERFORMANCE**

...ION OF THE ...TH COOKTOP

...ana...s developed by ...rst used by Thermador

1970

**JULIA CHILD**
Julia Child uses Thermador in her critically acclaimed PBS TV Series.

1976

**INTRODUCTION OF T SPEED COOKING OV**

Thermador introduces th "Speedcooking" oven, wl thermal heat with microv to cook food up to 35 pe than convention...

**THERMADOR:** Historical Timeline

For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.



1916   1947   1962   1970   1978   1987   1998   2003   2008   2010

1932   1948   1963   1979   1988   1994   2001   2006   2009

SITEMAP   PRESS ROOM   LEGAL/PRIVACY   AUTHORIZED SERVICERS   SAFETY NOTICES   CAREERS      INTERNATIONAL

Copyright 2012 Thermador



FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG f t ▶ p    🔍

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ★ MY THERMADOR

# HERITAGE

About > Heritage

**ABOUT US**    ⌄

**ELEVEN DECADES OF INNOVATION + PERFORMANCE**

**...ODUCTION OF THE ... BURNER**

...ador introduces the first ...ional ranges and cooktops ... ...ers

**2001**

**JULIA CHILD AND HER KITCHEN**

In 2001, Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

**2002**

**INTRODUCTION OF THE JET IMPINGMENT OVEN**

Thermador produces the first do Jet Impingment Oven. This tec improves Speedcooking by usin variably directed jets of air alone microwave radiation to reduce c times by 75 percent, while still n texture and flavor.

**THERMADOR: Historical Timeline**

For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.

SITEMAP    PRESS ROOM    LEGAL/PRIVACY    AUTHORIZED SERVICERS    SAFETY NOTICES    CAREERS    INTERNATIONAL
Copyright 2012 Thermador

**Thermador.** ★          FIND A DEALER   GET A QUOTE   ABOUT   CONTACT      BLOG  f  t  ▶  ℗      Enter Keyword      🔍

COOKING      REFRIGERATION      DISHWASHERS      PLANNING      TRADE      CULINARY      SUPPORT      ★ MY THERMADOR

Trade  >  Star Newsletters  >  Issue 13



ISSUE #13: THERMADOR BRAND HERITAGE

# THERMADOR STAR NEWSLETTER

**Contents:**
- Historical Timeline: A Look Back at More Thermador Feats
- ONE, TWO, FREE Glistens Sapphire
- Thermador Showcased on "Ellen"

### Historical Timeline: A Look Back at More Thermador Feats

Thermador has long been a company of firsts, beginning with the world's first built-in wall oven, to the first separate refrigerator and freezer columns. Here's a look back at some of the most noteworthy years in the history of America's most iconic kitchen brand:



**1955**   Thermador dreams up the 24-inch Masterpiece Bilt-In Oven, the world's first built-in wall oven. The American kitchen will never be the same.

**1969**   Thermador meets Hollywood: Alice from the "Brady Bunch" prepares the family's first meals using a Thermador wall oven and other Thermador appliances.

**1970**   Julia Child uses a Thermador wall oven in her nationally acclaimed PBS cooking series.

**1975**   Thermador launches the first triple-oven, three-way-microwave, warming-drawer and oven-combo unit, which remains a company exclusive to this day.

**1976**   Thermador pioneers another original invention: the first "speed cooking" oven, a combination microwave-thermal built-in oven.

**1998**   Thermador shelves the traditional circular-shaped burner for its unique star-shaped burner. The technology is dubbed the Star® Burner and becomes an icon for the brand's innovative nature.

**2000**   Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50 percent without compromising taste or texture.

**2001**   Julia Child donates her kitchen to the Smithsonian, further cementing the brand's place in popular American culture.

**2006**   Thermador becomes the first company to separate the refrigerator and freezer into separate columns with its Freedom® Collection Columns. Now, serious cooks can design the kitchen that best suits their needs.

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



HOME     ABOUT     THERMADOR WEBSITE

## A Look Back at Thermador's Storied History

👤 POSTED BY THE THERMADOR TEAM  ⏱ ON JUNE - 23 - 2011  💬 ADD COMMENTS

From inventing the first built-in wall oven, to taking the stainless steel kitchen mainstream, to innovating the patented Star Burners, Thermador has a deep history of industry firsts.

Notable personalities throughout the years have also been enamored with Thermador. Julia Child used a Thermador oven in her critically acclaimed PBS TV series, while Alice from the "Brady Bunch" also cooked with Thermador appliances.

Here's a look back at the major Thermador achievements throughout the years:

**ELEVEN DECADES OF ~~INNOVATION +~~ PERFORMANCE**

**Thermador**
THERMADOR IS FOUNDED
Founded by William E. Cranston, Thermador began as a manufacturer of electric items, most notably portable and built-in heaters

1916—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters.

1932—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company.

1947—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances.

1948—Thermador introduces the first "Pro Range" for residential use.

1952—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer.

1963—Thermador introduces the first self-cleaning oven.

1970—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops.

**INTRODUCTION OF THE FIRST WARMING DRAWER**
Patterned after the commercial restaurant equipment, Thermador develops the first home version warming drawer, a handy tool that keeps dishes, rolls and casseroles warm while the oven is being used.

1970—Julia Child uses Thermador in her critically acclaimed PBS TV series.

1976—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens.

1978—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" intake.

1982—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time.

1987—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition.

1994—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output.

1998—Thermador introduces the first professional ranges with cooktops with Star Burners.

2001—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

2001—Thermador produces the first domestic Jet Impingement Oven.

2006—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns.

2006—Thermador introduces the first warming drawer with convection technology.

2008—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops.

2009—Thermador develops the largest and most powerful induction model on the market.

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



1970

**JULIA CHILD**
Julia Child uses Thermador in her critically acclaimed PBS TV series

**2009**—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light.

**2010**—Thermador's keen eye for predicting the future of cooking brought on the revolutionary Steam and Convection Oven. This innovative, highly-effective oven defrosts, steams, proofs, bakes, slow cooks and even reheats food to perfection.

**2011**—Thermador unveils the Pro Grand Steam, the world's first kitchen appliance to offer seven distinct cooking options — steaming, convection baking, burner cooking, simmering, grilling, griddle cooking and warming — with a combination Steam & Convection Oven, a large-capacity convection oven, a six-burner gas cooktop featuring the exclusive Star® Burners, and a fully integrated warming drawer to complete the all-in-one package.

FEATURED

Name (required)

Mail (will not be published) (required)

Website

Submit Comment



*Thermador.*
REAL INNOVATIONS FOR REAL COOKS

# KITCHEN DESIGN
# & PLANNING GUIDE
VOLUME 2








# ELEVEN DECADES OF INNOVATION & PERFORMANCE

**1916** Thermador is founded

**1932** Thermador begins manufacturing appliances

**1947** Thermador invents the first wall oven and cooktop and introduces stainless steel to home appliances

**1948** Thermador introduces the first "Pro Range"

**1952** Introduction of the first warming drawer

**1963** Introduction of the first self-cleaning oven

**1970** Introduction of the first smooth cooktop

**1970** Julia Child uses Thermador in her critically acclaimed PBS TV Series

**1976** Introduction of the first thermal heat and microwave energy "Speedcooking" oven

**1978** Introduction of the first retractable pop up downdraft ventilation system

**1982** Introduction of the first super burner

**1987** Introduction of first sealed gas burner with automatic re-ignition








**1994** Thermador invents the ExtraLow® Burner

**1998** Thermador invents the Star® Burner

**2001** Julia Child's nationally televised kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center

**2002** Introduction of the first jet impingement oven which reduced cooking time by 75%

**2006** Thermador introduces the first modular refrigeration system

**2006** Introduction of the first convection warming drawer

**2008** Thermador invents SensorDome™ technology which automatically measures temperature in cookware

**2009** Introduction of the first dishwasher with the largest wine glass capacity and Sapphire Glow® light

**2010** A new decade marks the introduction of Thermador's Steam & Convection Oven

**2011** The Ultimate Culinary Center™ is born with the introduction of the first Professional Range with Steam

**2012** Thermador introduces Freedom® Induction with the largest cooking surface

**2012** The introduction of Star Speed™ the fastest full wash dishwasher



**tumblr.** Follow the world's creators.    [Log in]  [Sign up]

thermadorrepair:    5

🌀 **thermador**

Explore

# The History of Thermador

The History of Thermador
Source: From Thermador Website

**1916**—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters. *(thermador)*

**1932**—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company. *(thermador)*

**1947**—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances. *(thermador)*

**1948**—Thermador introduces the first "Pro Range" for residential use. *(thermador)*

**1952**—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer. *(thermador)*

**1963**—Thermador introduces the first self-cleaning oven. *(thermador)*

**1970**—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops. *(thermador)*

**1970**—Julia Child uses Thermador in her critically acclaimed PBS TV series. *(thermador)*

**1976**—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens. *(thermador)*

**1978**—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" intake. *(thermador)*

**1982**—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time. *(thermador)*

**1987**—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition *(thermador)*

**1994**—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output. *(thermador)*

**1998**—Thermador introduces the first professional ranges with cooktops with Star Burners. *(thermador)*

**2001**—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center. *(thermador)*

**2001**—Thermador produces the first domestic Jet Impingement Oven. *(thermador)*

**2006**—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns. *(thermador)*

**2006**—Thermador introduces the first warming drawer with convection technology. *(thermador)*

**2008**—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops. *(thermador)*

**2009**—Thermador develops the largest and most powerful induction model on the market. *(thermador)*

**2009**—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light. *(thermador)*

**2010**—Thermador's keen eye for predicting the future of cooking brought on the





**facebook**

John Paul Narcise   Find Friends   Home ▾

Thermador   Timeline ▾   Founded ▾   Highlights ▾    👍 Like

Like   Comment    👍 1

⚑

**Julia Child Uses Thermador In Her TV Series**
1970

Julia Child uses Thermador in her critically acclaimed PBS TV series.

Like   Comment

1963

⚑

**The First Self-Cleaning Oven**
1963

Thermador continues to improve on their "bilt-in" ovens with the addition of the first self-cleaning oven.

Sponsored ⚑

**Get a Free Now**

Act now and from Verizon' selection of f like the LG C New 2yr activ required. Get today.

**Internet de you**

AT&T U-verse Speed Intern $19.95/mo fo w/ term.

Jami Rahman AT&T.

👤 Chat (Offline)

# Thermador® | *An American Icon*™

CELEBRATING
50 YEARS
OF THE
BUILT-IN OVEN
CREATED BY
*Thermador*

**1932** Thermador becomes incorporated in California.

**1955** Thermador introduces the first built-in wall oven to the kitchen industry. The "24" Masterpiece Bilt-In Oven created an entirely new product category and forever changed the concept of the American kitchen. This revolutionary design offered consumers the ultimate in luxury, convenience and flexibility.



**1956** Staying ahead of the curve, Thermador introduces the first "Bilt-In" Double Oven. This side-by-side creation doubled the oven's cooking capacity while continuing to make a design statement and offering the cooking performance established by the original wall oven.

**1956**

**1965** Reinforcing its position as an industry leader, Thermador brings to the market the first oven with a black glass front door, a trend that continues today.



**1968** Thermador pioneers another trend with the first "white on white" styling for a more contemporary look.

**1969** Thermador meets Hollywood. "Alice" from the Brady Bunch prepared the family's meals using a Thermador wall oven and other Thermador appliances.



**1970** Julia Child uses a Thermador wall oven in her nationally acclaimed PBS cooking series.

**1970**

**1975** Thermador introduces the very first triple oven, three-way microwave, warming drawer and oven combo unit (or microwave and oven unit). This combination remains a Thermador exclusive today.

**1975**

**1976** Thermador launches another original invention with the first "Speed Cooking" Oven, a combination microwave thermal built-in oven.

**1976**

**2000** Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50% without compromising taste or texture.

**2001** Julia Child donates her kitchen to the Smithsonian. Today, visitors can see the cooking icon's "beloved" Thermador wall oven along with her kitchen at the Smithsonian's National Museum of American History.

**2001**









**2005**



**TODAY** Thermador's advancements over the last 50 years continue to solidify its position as an American icon. Today's wall ovens feature the Personal Culinary Assistant™, which lets users see and operate all cooking modes with single touch programming for superior cooking results. An industry-exclusive, scrolling 16-digit alphanumeric display provides step-by-step text feedback and audio cues to guide users through oven programming.