Exhibit "B"

**From:** Sung Choi <schoi@dgwb.com>
**Date:** Mon, 9 Jul 2012 22:48:45 +0000
**To:** Jennifer Krauss <jenkrauss@juliachildfoundation.org>
**Subject:** Use of Julia Child's Name with Thermador

Hi Jennifer,

Sung at DGWB here.  I represent Thermador home appliances.  I would like to ask a few questions about associating Thermador products with the Julia Child name.  As you might know, Julia used Thermador wall ovens in her kitchen, and it's also shown at the Smithsonian in her kitchen exhibit.

Please let me know a phone number to contact you to discuss, and when you're available.

Regards,

Sung Choi
DGWB for Thermador



Sung Choi                          217 N. Main St.
PR Director                        Santa Ana, CA 92701
P. (714) 881-2345        F. (714) 881-2461        C. (949) 422-7156

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please notify the sender and delete the material from your computer.

Disclaimer added by **CodeTwo Exchange Rules 2010**
www.codetwo.com