1  CHARLES J. HARDER (State Bar No. 198593)
2  JEFFREY I. ABRAMS (State Bar No. 162735)
   MICHELLE E. GOODMAN (State Bar No. 238429)
   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3  11400 West Olympic Boulevard, 9ᵗʰ Floor
   Los Angeles, California 90064-1582
4  Telephone:   (310) 478-4100
   Facsimile:   (310) 479-1422
5
   Attorneys for Plaintiff
6  THE JULIA CHILD FOUNDATION FOR
   GASTRONOMY AND THE CULINARY ARTS
7

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

AUG 2 8 2012

GARY M. BLAIR, Executive Officer
BY_____
JACKIE VAZQUEZ, Deputy Clerk

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SANTA BARBARA

10  THE JULIA CHILD FOUNDATION FOR          Case No.  **1413083**
11  GASTRONOMY AND THE CULINARY
    ARTS, a Massachusetts charitable trust,   **COMPLAINT FOR DAMAGES AND**
12                                            **INJUNCTIVE RELIEF FOR:**
              Plaintiff,
13                                            **MISAPPROPRIATION OF RIGHT OF**
        v.                                    **PUBLICITY (CALIFORNIA CIVIL**
14                                            **CODE § 3344.1)**
    BSH HOME APPLIANCES
15  CORPORATION, doing business as
    "Thermador", a Delaware corporation, and   ___***DEMAND FOR JURY TRIAL***___
16  DOES 1-20, inclusive,
17            Defendants.
18

19        Plaintiff The Julia Child Foundation for Gastronomy and The Culinary Arts (herein,

20  "The Julia Child Foundation" or "Plaintiff") hereby alleges as follows:

21                    <u>SUMMARY OF THE ACTION</u>

22        1.     The Julia Child Foundation owns certain of the intellectual property rights,

23  including copyrights, trademarks, and publicity rights, of and associated with legendary

24  American cooking teacher, author and television personality, Julia Child.

25        2.     Julia Child's name, photograph, likeness, and identity have tremendous

26  commercial value, particularly in the industry associated with food, cooking and the

27  culinary arts.

28                                            **EXHIBIT  H**

3.     Defendant BSH Home Appliances Corporation, doing business as "Thermador" ("Thermador" or "Defendant") has used Julia Child's name, photograph, likeness and other publicity rights owned by The Julia Child Foundation, within magazine print advertisements, website advertisements and marketing, newsletters, and other commercial marketing materials, for the purpose advertising, marketing, promoting and selling Thermador-brand ranges, ovens and related products.

4.     Thermador did not obtain the permission of The Julia Child Foundation (nor did it obtain the permission of Ms. Child, prior to her death in 2004) to use the name, photograph, image or other publicity rights of Julia Child.  Nor did Defendants ask The Julia Child Foundation, or any of its representatives, for such permission prior to using such rights.  Nor have any of the Defendants paid The Julia Child Foundation, or Ms. Child, for the commercial use of such rights, let alone compensation commensurate with the substantial commercial value of such rights.

5.     Based on the foregoing, The Julia Child Foundation seeks monetary damages, statutory damages, punitive damages, treble damages, attorneys' fees, and a preliminary and permanent injunction to stop all further and future uses of the Julia Child publicity rights and other related rights.

## THE PARTIES

6.     Plaintiff The Julia Child Foundation is a private charitable foundation organized and existing under the laws of the State of Massachusetts, with its principal place of business located in the State of California, County of Santa Barbara.

7.     Plaintiff is informed and believes and based thereon alleges that defendant BSH Home Appliances Corporation, doing business as "Thermador" is, and at all times relevant hereto was, a corporation organized and existing under the laws of the State of Delaware, with its principle place of business located at 1901 Main Street, Suite 600, Irvine, California 92614.

8.     Plaintiff is informed and believes and based thereon alleges that the fictitiously-named defendants sued herein as Does 1 through 20, and each of them, are in

1092793.1

-2-

COMPLAINT

1    some manner responsible or legally liable for the actions, events, transactions and
2    circumstances alleged herein. The true names and capacities of such fictitiously-named
3    defendants, whether individual, corporate, or otherwise, are presently unknown to Plaintiff,
4    and Plaintiff will seek leave of Court to amend this Complaint to assert the true names and
5    capacities of such fictitiously-named defendants when the same have been ascertained.
6    For convenience, each reference to a named defendant herein shall also refer to Does 1
7    through 20. All defendants, including both the named defendants and those referred to
8    herein as Does 1 through 20, are sometimes collectively referred to herein as
9    "Defendants."

10        9.    Plaintiff is informed and believes and based thereon alleges that Defendants,
11   and each of them, were and are the agents, licensees, employees, partners, joint-venturers,
12   co-conspirators, owners, principals, and employers of the remaining Defendants, and each
13   of them are, and at all times herein mentioned were, acting within the course and scope of
14   that agency, license, partnership, employment, conspiracy, ownership, or joint venture.
15   Plaintiff further is informed and believes and based thereon alleges that the acts and
16   conduct herein alleged of each of the Defendants were known to, authorized by, and/or
17   ratified by the other Defendants, and each of them.

18                                   <u>**JULIA CHILD**</u>

19        10.    Julia Child was born on August 15, 1912. Her 100th birthday was celebrated
20   this past August 15, 2012.

21        11.    Beginning in the early 1960s, and until her death in 2004, Julia Child was a
22   famous American cooking teacher, author and television personality. Her career began in
23   earnest in 1961 when her first book, *Mastering the Art of French Cooking*, 734 pages long
24   and published by Alfred A. Knopf, became a best-seller and received critical acclaim. In
25   2009, nearly 50 years after publication, the book topped the *New York Times* best-seller list
26   in the advice and how-to category.  In 1963, her celebrated television program, *The*
27   *French Chef*, debuted in Boston on public television and was an immediate hit. It was
28   quickly syndicated to local PBS (Public Broadcasting Service) stations throughout the

1    United States and ran nationally for ten years, and spanned approximately 200 episodes,
2    many of which remain widely available including through channels such as
3    www.PBS.com and iTunes. *The French Chef* won numerous awards including an Emmy
4    Award and Peabody Award. The success of this show led to seven other successful series
5    and several PBS specials. Ms. Child won two additional Emmy Awards for this work, and
6    the programs also spawned several companion books. Ms. Child wrote or co-wrote a total
7    of eighteen (18) books, nearly all of them educational books about food, cooking and the
8    culinary arts. Her final book, the autobiographical *My Life in France*, published
9    posthumously in 2006, was a critically acclaimed bestseller and recounted Ms. Child's life
10   with her husband, Paul Child, in post-World War II France.

11          12.     Throughout her life and career, Julia Child had many opportunities for
12   commercial advancement, including entering into commercial endorsement opportunities
13   with companies in the food and culinary industry. She could have created a lifestyle brand
14   like Martha Stewart or Oprah Winfrey, and endorsed major corporations and product
15   manufacturers, like Thermador and others, for large sums of money. She chose to forego
16   all such commercial opportunities. Instead, she focused her career on public education,
17   and allowed her show to be broadcast on PBS, a non-profit television network, for its
18   entire ten-year run.

19          13.     From the early 1960s, through to the present, the name, identity, and persona
20   of Julia Child have been and are instantly recognized by the public and have substantial
21   commercial value.

22          14.     Julia Child died in Santa Barbara County, California on August 13, 2004.
23   She was a permanent resident of the State of California at the time.

24          15.     Following her death, her intellectual property rights, including her rights of
25   publicity, were transferred to The Julia Child Foundation.

26          16.     The Julia Child Foundation is a grant-giving private foundation dedicated to
27   advancing the matters that Julia Child valued:  educating and encouraging others to live
28   well through the joys of cooking and eating well.

17.     The Julia Child Foundation exercises careful consideration before permitting the use of any of the Julia Child IP Assets. The Julia Child Foundation generally does not grant permission for the Julia Child IP Assets to be used for commercial purposes, namely, the marketing and sale of commercial products and services, because Julia Child herself, during her lifetime and long career as a world-famous cooking teacher, author and television personality, generally did not grant permission for the Julia Child IP Assets to be used for commercial purposes.

18.     Neither Julia Child, nor The Julia Child Foundation, ever granted Defendants, or either of them, any right, license or permission, to use Julia Child's name, photograph, likeness, or any other publicity rights, for any purpose whatsoever.

### DEFENDANTS' WRONGFUL CONDUCT

19.     Plaintiff is informed and believes and based thereon alleges that Thermador is a company that manufactures, advertises and sells commercial products including cooking ranges, stoves, and related products. Thermador advertises and markets its company and products in numerous different media including, among others, magazine print advertisements, brochures, newsletters, blogs, social media sites including Facebook, Twitter, Tumblr and Pinterest, and at its commercial website located at URL www.Thermador.com, among other websites and media.

20.     Defendants intentionally and prominently used the name, photograph, likeness and other publicity rights in advertisements, marketing, and promotion (collectively, the "Advertisements") for Thermador and its commercial products and services. In particular, and among other Advertisements, Defendants used the Julia Child publicity rights as follows:

a.     A very large and prominent photograph of Julia Child was used at the *homepage* of the Thermador website, at www.Thermador.com, followed by the prominent caption:

A HERITAGE OF INNOVATION

FROM JULIA CHILD TO THE STAR BURNER

1092793.1

1  The use of Ms. Child's name and photograph in this manner created the appearance to any

2  reasonable consumer that Julia Child either had been a company spokesperson for

3  Thermador during her career and/or that The Julia Child Foundation agreed to license Julia

4  Child's name and photograph to advertise and promote Thermador and its products and

5  services.

6           b.      Other webpages within the Thermador site, including without

7  limitation the "Heritage" page, used Julia Child's name, and a prominent photograph of

8  her, to advertise and promote Thermador and its products and services.

9           c.      Multiple print advertisements, published in various magazines in 2012

10  and possibly earlier, used the name and a prominent photograph of Julia Child to advertise

11  and promote Thermador and its products and services, and made it appear as though Julia

12  Child had been a company spokesperson for Thermador during her career and/or that The

13  Julia Child Foundation agreed to license Julia Child's name and photograph to Thermador

14  for commercial purposes.

15          d.      Brochures created by Defendants and sent to consumers used Mrs.

16  Child's name and photograph to advertise and promote Thermador and its products.

17          e.      Newsletters created and distributed by Defendants and sent to

18  consumers used Mrs. Child's name and photograph to advertise and promote Thermador

19  and its products.

20          f.      Multiple postings at Thermador's online blog used Ms. Child's name

21  and photograph to advertise and promote Thermador and its products.

22          g.      Thermador's accounts at popular social media websites, including

23  Facebook, Twitter, Tumblr and Pinterest, used Ms. Child's name and photograph, to

24  advertise and promote Thermador and its products.

25      21.     Attached hereto as **Exhibit A** are true copies of certain of the

26  aforementioned Advertisements which used Julia Child's name, photograph, image and

27  other publicity rights without permission. Exhibit A is not intended to include *all* of the

28  Advertisements at issue, but rather representative examples of them.

22.   Defendants used the Julia Child publicity rights for the purpose of attracting attention to Thermador and its commercial products and services, and enhancing the advertising and marketing thereof.

23.   At no time did Julia Child, or The Julia Child Foundation, ever give permission to Defendants, or any of them, to use the Julia Child publicity rights for any purpose, including to advertise, market and promote Thermador and/or its products and services.

24.   Plaintiff is informed and believes and based thereon alleges that Defendants intentionally, negligently and/or knowingly used the Julia Child publicity rights in the Advertisements for the purpose of advertising and promoting Thermador and its commercial products and services.  Defendants have, without any right, title or authorization, misappropriated Plaintiff's valuable rights and the resulting success and popularity of Julia Child by unlawfully using her name, photograph, publicity rights, and trademarks for the aforesaid commercial purposes.

## FIRST CAUSE OF ACTION

### (Misappropriation of Right of Publicity

### California Civil Code §3344.1 – Against All Defendants)

25.   Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1-24, inclusive, as though fully set forth herein.

26.   The conduct of Defendants, as alleged hereinabove, constitutes a violation of Section 3344.1 of the California Civil Code, due to the knowing and unauthorized use of Julia Child's name, photograph and likeness for commercial purposes, which have substantial commercial value.

27.   As a direct and proximate result of the aforesaid wrongful acts of Defendants, Plaintiff has been damaged in an amount that is not yet fully ascertainable, but which exceeds the jurisdictional minimum of this Court.  When Plaintiff has ascertained the full amount of its damages, it will seek leave of Court to amend this Complaint accordingly.

28. As a direct and proximate result of the aforesaid wrongful acts of Defendants, Plaintiff has incurred, and will continue to incur, substantial attorneys' fees and costs. Plaintiff is entitled to an award of its attorneys' fees and costs incurred in connection with this action pursuant to Section 3344.1(a)(1) of the California Civil Code.

29. By reason of the aforesaid wrongful acts of Defendants, in addition to the relief sought hereinabove, Plaintiff is entitled to an accounting of all of Defendants' revenues and profits associated with the unauthorized use of Julia Child's name, photograph and likeness, and to an award of all such sums.

30. By reason of Defendants' wrongful acts as alleged hereinabove, Defendants are involuntary trustees holding all revenues and profits associated with the unauthorized use of Julia Child's name, photograph and likeness, in their possession under a constructive trust for the benefit of Plaintiff with a duty to transfer the same to Plaintiff forthwith.

31. Plaintiff is informed and believes, and based thereon alleges, that Defendants, in doing the things herein alleged, acted willfully, maliciously, and oppressively, and with full knowledge of the adverse effects of their actions on Plaintiff, and with willful and deliberate disregard for the consequences to Plaintiff. By reason thereof, Plaintiff is entitled to recover punitive and exemplary damages from Defendants in an amount to be determined at the time of trial.

32. Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further commercial use of Plaintiff's publicity rights, including Julia Child's name, photograph, likeness, image, voice, signature, and identity.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally, as follows:

1. General and special damages in accordance with proof at trial;

2. An award of the revenues and profits received by Defendants as a result of the unauthorized use of the Julia Child publicity rights;

1   3.  Imposition of a constructive trust on all monies and sums received by

2 Defendants as a result of their infringement of the Julia Child publicity rights;

3   4.  Punitive and exemplary damages in accordance with proof at trial;

4   5.  An award of Plaintiff's attorneys' fees;

5   6.  Preliminary and permanent injunction prohibiting Defendants and their

6 affiliated companies from any further use of Julia Child's name, photograph, likeness,

7 voice, signature, identity, or other publicity rights.

8   7.  For all costs of suit incurred herein;

9   8.  Interest at the maximum legal rate; and

10   9.  For such other and further relief as the Court may deem to be just and proper.

11

12 Dated:  August 28, 2012    WOLF, RIFKIN, SHAPIRO,
                 SCHULMAN & RABKIN, LLP

13

14            By:  _____

15              CHARLES J. HARDER
              Attorneys for Plaintiff THE JULIA CHILD

16              FOUNDATION FOR GASTRONOMY AND
              THE CULINARY ARTS

17

18

19         **DEMAND FOR JURY TRIAL**

20   Plaintiff hereby demands a trial by jury.

21

22 Dated:  August 28, 2012    WOLF, RIFKIN, SHAPIRO,
                 SCHULMAN & RABKIN, LLP

23

24            By:  _____

25              CHARLES J. HARDER
              Attorneys for Plaintiff THE JULIA CHILD

26              FOUNDATION FOR GASTRONOMY AND
              THE CULINARY ARTS

27

28

Exhibit "A"



A HERITAGE
OF INNOVATION

FROM JULIA CHILD TO THE STAR BURNER

Gas Ranges | Gas Stoves & Professional Ranges by Thermador

**Thermador.** ★

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    GET A QUOTE    ABOUT    CONTACT    FIND A DEALER

TRADE    CULINARY    SUPPORT    BLOG f t p    Enter Keyword    ★ MY THERMADOR

ULTIMATE KITCHEN CONTEST

INTERNATIONAL

HERITAGE

FREEDOM® INDUCTION

A PERFECT PAIRING

SAVE $6,097

EXPERIENCE

SITEMAP   |   PRESS ROOM   |   LEGAL/PRIVACY   |   AUTHORIZED SERVICERS   |   SAFETY NOTICES   |   CAREERS   |
Copyright 2012 Thermador

6/27/2012 2:26 PM

1 of 1



# A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS
FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

**Thermador.** ★

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG f t ▶ p    Enter Keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ☆ MY THERMADOR

# ABOUT THERMADOR



A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.



**Company Information**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Thermador Heritage**
Thermador was founded in 1916 by William E. Cranston as a manufacturer of electric items, particularly portable and built-in electric room heaters.
**LEARN MORE**



**Press Room**
Thermador has been providing real innovations for real cooks for more than 75 years.
**LEARN MORE**



**Promotions**
Get an unbelievable deal on #1-rated Thermador luxury appliances and turn your kitchen into a complete culinary studio.
**LEARN MORE**



**Events**

**LEARN MORE**



**Blog**

**GO TO OUR BLOG**

## SHOWROOMS

Choose a location below to make and appointment for a consultation. Can't find a showroom near you? Please go to the dealer locator to find an authorized dealer in your area.

▸ **BRISBANE - PURCELL MURRAY**

▸ **HUNTINGTON BEACH - PURCELL MURRAY**

▸ **TUKWILA - ECHELON HOME PROOUCTS**

SITEMAP  :  PRESS ROOM  :  LEGAL/PRIVACY  :  AUTHORIZED SERVICERS  :  SAFETY NOTICES  :  CAREERS  :
Copyright 2012 Thermador

INTERNATIONAL





# THE WALL OVEN REIMAGINED BY ITS MAKERS



**THERMADOR BUILT-IN WALL OVENS***

Flexibility is a beautiful thing. Whether your culinary muse demands a convection microwave with your oven, or both an oven and warming drawer, Thermador Professional® and Masterpiece® Series built-in wall ovens offer real cooks an array of combinations and variety of models to ignite their passion. In 2012 innovative SoftClose® door hinges prevent slamming and join a long list of exclusive features, including the fastest pre-heat on the market, Speed Convection, Maxbroil™, a heavy-duty rotisserie, and a massive 4.7 cubic foot capacity.



## AN AMERICAN ICON AND HER AMERICAN ICONS

*Julia Child's iconic kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center. Featuring classic Thermador innovations of the time, Child's kitchen debuted on nationwide television in 1970.*

*Available Summer 2012. Visit thermador.com.

Fast Company - March 2012 - Page 38-39



Smithsonian Magazine | See Inside Page 39 | Jun-12 | Zinio Digital Magazines & Books





**zinio**

shop | featured

home

log in / register / safe view: on / off / help / ⊞ cart (0)

my library

art | automotive | entertainment | home | lifestyle | men | news | science & tech | sports | travel | women | view all

All Digital Magazines and Books  >  Travel - magazines  >  Smithsonian Magazine  >  Jun-12  >  Pages 38 / 39

ABOUT THIS DIGITAL ISSUE

Smithsonian Magazine,
Jun-12

Buy this issue »
Buy a subscription »

SHARE THIS ARTICLE

Thermador

## FIVE INNOVATIONS THAT WILL CHANGE THE WAY YOU COOK

AN AMERICAN ICON AND HER AMERICAN ICONS

keep looking

6/27/2012 3:45 PM

Thermador on Pinterest: A Heritage Worth Pinning : Thermador Home Appliance Blog



**Thermador**

HOME    ABOUT    THERMADOR WEBSITE

CATEGORIES ▽    ARCHIVES ▽

What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/yXSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/aIf187Ky # 5 hours ago

#UltimateKitchen cookies :) http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

# Thermador on Pinterest: A Heritage Worth Pinning

👤 POSTED BY THE THERMADOR TEAM  🕐 ON JUNE - 7 - 2012   💬 ADD COMMENTS



Are you pinning?

We're big on Pinterest, and a quick visit to the Thermador Pinterest page will prove that point. The Thermador luxury style enjoyed by so many culinary enthusiasts manifests itself on a social media outlet like Pinterest, which lets users express themselves like never before.

With 2012 being a gigantic year for Thermador on the product launch side, we're having a blast going back and looking at the roots that helped create the American luxury kitchen of today.

http://www.thermador.com/blog/?p=2479[6/27/2012 2:39:53 PM]

Thermador on Pinterest: A Heritage Worth Pinning : Thermador Home Appliance Blog

Julia Child, who will be remembered this year on the 100th anniversary of her birth, was one of Thermador's original brand champions. And while the wall oven advertisements of yesteryear are a far cry from, say, a sparkling 16-page ad in *Fast Company* magazine, they're still fun to look at today–especially as we get closer to next month's launching of our new wall oven line.

Our Pinterest page also provides a great chance to see the best in today's kitchen design and product innovation, but when you finish daydreaming we've got plenty more for you at the official Thermador web site.

FEATURED   MISCELLANEOUS

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM READY TO GO

THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM INDUCTION COOKTOP

Subscribe to Posts
Subscribe to Comments

Copyright © 2010  Thermador Blog

http://www.thermador.com/blog...?p=247...                    ...12 2:39:53 PM]

<?



## Thermador Home Appliances

Pinned 14 weeks ago from thermador.com



Julia Child had Thermador appliances in her beloved kitchen

Like    0

Tweet

<> Embed

Report Pin

Pinned onto the board

## Our Heritage



Originally pinned by                                    Pinned via pinmarklet from
**Thermador Home A**                                    **thermador.com**

                                    

## 2 Repins

   Cynthia Neal onto               Cynthia Neal onto
                       For the Home                                            For the Home

## 1 Like





Search Pinterest English ▾ About ▾ Login

Pinterest is an online pinboard.
Organize and share things you love.

Request an Invite »

Login

# Thermador Home Appliances

Thermador has been providing real innovations for real cooks for eleven decades. The iconic line of cooking, cleaning, refrigeration and ventilation products remains committed to empowering culinary ...

Irvine, CA

Repins from

- Aaron De Simone
- Sur La Table
- clemmy closson

15 Boards 165 Pins 1 Like Activity 90 Followers 17 Following

**Mother's Day Brunch**
4 pins

**La Dolce Vita**
7 pins

**Chocolate Galore**
11 pins

**Amuse-Bouche**
5 pins

**Cocktail Party**
14 pins

**Our Heritage**
4 pins

**Beautiful Homes**
10 pins

**Culinary Tools**
11 pins

**The Raw Movement**
7 pins

**Entertaining with Style**
20 pins

Our Heritage

Search

# Pinterest

**Pinterest is an online pinboard.**
Organize and share things you love.

English ▾   About ▾   Login

**Request an Invite »**

## Login

# Our Heritage

76 followers, 4 pins

Thermador Home Appliances





The First Wall Oven by Thermador
2 repins
stahl-clan.com



Thermador invents the First Built-in Wall Oven
1 like   2 repins
thermador.com

Julia Child had Thermador appliances in her beloved kitchen
1 like   2 repins
thermador.com

Thermador
2 repins
flickr.com



 FEATURED PRODUCT

# Purcell Murray Blog



**Thermador**
36" Gas Cooktop
5-Burner
MORE

Twitter Feed: Living The Gaggenau Difference - http://t.co/PDrITdnA May 14, 2012

Products      Tips, Techniques, & Guides      Recipes      My Favorites

PRODUCTS



PRODUCTS



**Induction + Cirrus = Perfection**

PRODUCTS

**Steamed Lobster Tail Salad**

PRODUCTS



**Modern Kitchen**

PRODUCTS



**Happy Anniversary, U-Line!**

PAID AD

**TOP POSTS**

How to Roast a
Turkey in a
Convection Oven

Sunday Brunch –
Green Chili Cheese
Breakfast Casserole,
with Bacon, Sausage
& Fresh Peach Drop
Scones

Thermador: A
History in the Making

Pork Shoulder
Roast with Roasted
Acorn Squash, Sweet
Potatoes & Apples

Product Review:
Bosch 800 Plus
Dishwashers

**ARCHIVE**

May 2012
March 2012
February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011
February 2011

## Thermador: A History in the Making

By Kevin Murray on July 7th, 2010

2010 is a special year for Thermador, marking 55 years since the company revolutionized home cooking by introducing the world's first built-in wall oven. Since then, the name Thermador has become synonymous with the modern American kitchen, thanks to forward-thinking products and the endorsement of television's domestic heroines. Only the best was suitable for Mike and Carol's kids on The Brady Bunch, and housekeeper Alice set the kitchen standard when, beginning in 1969, she prepared the family's meals using a Thermador wall oven and other Thermador appliances. A year later, American culinary superstar Julia Child followed suit, choosing to use the Thermador wall oven for her nationally-acclaimed PBS series. (Thirty years later, Child donated her kitchen to the Smithsonian museum, where the Thermador wall oven enjoys notoriety as an important piece of American television and food history.)

Thermador: A History in the Making : Purcell Murray Blog



Courtesy of The Brady Bunch



Courtesy of Julia Child PBS Series

Propelled by this stint in the spotlight, Thermador continued to produce revolutionary kitchen technology for the American cook. In 1975 the company launched the unique triple-oven, three-way-microwave, warming-drawer and oven-combo unit, a product that is still unmatched by any other brand in the industry. The following year, Thermador invented the first "speed cooking" oven (a combination microwave-thermal built-in oven), which set new standards for kitchen efficiency.

In 1998, Thermador invented a product that kicked the brand up several notches, forever changing the company's technology — the StarBurner, a unique five-point burner that defied cooktop conventions while improving rangetop performance. The burner's shape ensured more even cooking and more efficient flame distribution, making for easier, superior cooking and easy clean-up. The StarBurner remains a staple feature of Thermador rangetops today.

 

The introduction of CookSmart technology in 2000 even further contributed to Thermador's mission of kitchen efficiency. A combination of microwave and convection hearing, CookSmart technology heats to optimal temperatures while cutting cooking time by up to 50 percent. Home cooks could spend more time with their families and

January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
April 2009
March 2009
October 2008
September 2008
May 2008
April 2003
March 2003
February 2003
January 2003

 **facebook** | Search for people, places and things 🔍 | 🔲 John Paul Narcise   Find Friends

 **Thermador** · 41,651 like this
August 13, 2010 at 3:26pm · ⚙

👍 Like

Sunday would have been Julia Child's 98th birthday! Did you know Julia Child used a Thermador wall oven in her nationally acclaimed PBS cooking series? Today you can still see her oven and entire set at the Smithsonian.

Like · Comment · Share

👍 22 people like this.

 **Sean O'Brien** We keep the same "Flame" colored Le Cruset Pan she also used on display on our Thermador Pro Cooktop, across from our Wall Oven!
August 13, 2010 at 3:37pm · Like

 **Lynn Adcock Carson** That is too cool!
I have a thermador vent hood that has the heat lamps and racks. Can not find a vent/fan filter for it. Can you please help? Really like it, would hate to have to replace it.
August 13, 2010 at 5:47pm · Like

 **Jennifer Hoffman** rabid Julia fan here!
August 13, 2010 at 8:28pm · Like

 **Thermador** Hi Lynn! We're happy to help. Please send us any info you have about your hood to Zach@Thermador.com.
August 13, 2010 at 9:23pm · Like

 **Becky Harris Delson** I was so lucky to meet Julia at a book signing several years ago. It was a life changing moment for me. Didn't know her oven was a Thermador!
August 13, 2010 at 10:05pm · Like

 **Joyce Sapon** can't wait until mine is installed!
August 13, 2010 at 10:29pm · Like

 **Adri Barr Crocetti** Some of us food bloggers, my blog is www.thefrontburner.us
submitted pix of Julia's recipes that we made to Cooking Channel to honor Julia. The pix are posted at: http://www.cookingchanneltv.com/chefs/food-people-cooking-julia-child/pictures/index.html
August 13, 2010 at 10:41pm · Like

 **Joan Picone** HAPPY BIRTHDAY JULIA!.. you made everyone a STAR CHEF!!!! but THERMADOR completes it with that STAR burner..... we couldn't do it with out you!
August 15, 2010 at 11:05am · Like

 **Randa McGee Seargeant** I didn't know that, but I have been trying some of her recipes this summer and they have all been delicious! Happy Birthday, Julia...we miss you!
August 16, 2010 at 10:14pm · Like

 Write a comment...

People You May Know                See All

 **Nam Vien**
🔲 Add Friend

Sponsored 🔲                        See All

**Internet, Unleashed**
 Stay connected with AT&T. Internet for less than $20/mo. No home phone required.

Jami Rahman likes AT&T.

**Greek Theatre L.A.**
 David Byrne & St. Vincent on 10/13 tix ON SALE NOW! Got yours? http://bit.ly/Byrne_Vincent

👍 Like This Page

**Your map is getting dusty**
 Your travel map is getting dusty. Add your recent trips now!

Maral Jamgochian used TripAdvisor.

**Just keep running!**
 Obsession is what lazy people call dedication. Love running? Join us now!

8,639 people like Tribesports.

**$25 Half Marathon**
 50% Off Half Marathon Race! Get Your Running Shoes On!

6,238 people like Zozi.

Facebook © 2012

English (US)      Privacy          Terms
Cookies          Advertising      Help
More ▾

🔲 Chat (Offline)



Special Offers from AT&T

Check out these special limited-time offers from AT&T.

Jami Rahman likes AT&T.

Introducing HTC Rezound™

Stream true HD video at Verizon 4G LTE speed and experience studio quality sound with Beats Audio™ technology and Beats™ headphones.

**Thermador**

Like This Page · March 3

Like · Comment · Share

Write a comment...

Sponsored

See All

Case 1:12-cv-11590-WGY   Document 23-8   Filed 09/25/12   Page 27 of 46

Press Release Thermador Partners with Culinary TV Personality 11/17/20...

1 of 2

**Thermador.**★

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    BLOG 🇫 🇹 ▶ 🇵    Enter Keyword 🔍

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ☆ MY THERMADOR



# THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

About > Press Room > Thermador Partners with Culinary TV Personality

## THERMADOR PARTNERS WITH CULINARY TV PERSONALITY

▸ Print    ▸ Share

**THERMADOR PARTNERS WITH CULINARY TV PERSONALITY**

*Tulsa, Okla.-based cooking celebrity Remmi Smith to work with the luxury-appliance brand on new television series focused on healthy cooking for children*

**HUNTINGTON BEACH, Calif. (Nov. 17, 2010)** — Luxury kitchen appliance brand Thermador today announced a partnership to sponsor a new television series called "The Culinary Kid." Hosted by 10-year-old Remmi Smith, a local culinary celebrity based in Tulsa, Okla., the new show will center on learning how to cook nutritious meals and educating children and their families on the value of healthy food.

"The Culinary Kid" will follow Remmi as she attends the Oklahoma State University Institute of Technology's Culinary Arts Program (OSUIT), where she is required to study, practice and develop her culinary knowledge and skills. Additionally, the series will feature Remmi demonstrating her cooking repertoire in a show kitchen located at Metro Appliances & More, furnished with Thermador appliances. The new series is scheduled to air starting Jan. 5, 2011, during primetime at 7 p.m. on Cox Channel 3, HD703 and Video on Demand in local markets surrounding Tulsa.

"When first approached by Remmi and her team, we were thrilled to offer Metro Appliances & More as the venue for her television program," said Judy Bilyeu, corporate marketing director, Metro Appliances & More. "And because we were so impressed by Remmi's desire to teach other young people healthy cooking habits, we immediately knew Thermador would be the perfect partner. Thermador has been providing quality products for cooks for more than 75 years and remain committed to empowering culinary enthusiasts to be their best."

Thermador's sponsorship will include 30-second spot commercials and closing credits in each series episode, inclusion on website www.cooktimewithremmi.com, and cross-promotion on Facebook™ and Twitter™. Remmi will also wear a Thermador chef's jacket in each episode.

"The sponsorship of the 'The Culinary Kid' show gives Thermador the opportunity to connect with culinary enthusiasts in Tulsa and surrounding areas — both the young and the young at heart," said Zach Elkin, director of Thermador brand. "Besides the

### FOR MEDIA INQUIRIES PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Marni Hale - Thermador - (949) 724-3560 - marni.hale@bshg.com

For web ready images, Click Here to visit our photo gallery.

 FACEBOOK     TWITTER     YOUTUBE

### Related Photos

Choose a thumbnail below to view and download full image

### ABOUT US ⌄

**Thermador.** ★

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT    *i*    BLOG  f  t  ▶  p    Enter Keyword

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT    ☆ MY THERMADOR



# A HERITAGE OF INNOVATION

THERMADOR HAS BEEN PROVIDING REAL INNOVATIONS FOR REAL COOKS FOR MORE THAN ELEVEN DECADES.

# PRESS ROOM

About  >  Press Room

## PRESS RELEASES

| | |
|---|---|
| 05/15/2012 ▸ | Thermador's Built-in MicroDrawer™ Microwave Redefines Kitchen Innovation and Flexibility |
| 04/04/2012 ▸ | Thermdor Unveils Contest to Win the Ultimate Kitchen |
| 04/03/2012 ▸ | Thermador Reveals the Most Dynamic Dishwasher in its Luxury Collection |
| 04/03/2012 ▸ | Thermador's 2012 ONE, TWO, FREE™ Upgrades to Include Luxury Dishwasher Line |
| 02/06/2012 ▸ | Thermador's 2012 ONE, TWO, FREE™ Promotion Powers Up With Steam |
| 01/06/2012 ▸ | Thermador Freedom® Induction Cooktop Provides a Glimpse of the Future |
| 01/05/2012 ▸ | Thermador Sets New Standard for Refrigeration with Its 2012 Freedom® Collection |
| 10/14/2011 ▸ | Thermador Teams with White on Rice Couple |
| 08/17/2011 ▸ | Thermador to be Showcased at Kansas City's Premier Home Design Store |
| 08/16/2011 ▸ | Thermador Readies for Launch of 'Ultimate Culinary Center' |
| 05/18/2011 ▸ | HGTV Star Candice Olson to Headline at Atlanta Luxury Living Kitchen Forum |
| 05/10/2011 ▸ | Thermador Ushers in a New Era of Steam Cooking |

## ABOUT US ▾

### FOR MEDIA INQUIRIES PLEASE CONTACT:

Sung Choi - DGWB PR - (714) 881-2345 - schoi@dgwb.com

Mike Besack - DGWB PR - (714) 881-2317 - mbesack@dgwb.com

Mami Hale - Thermador - (949) 724-3560 - mami.hale@bshg.com

For web ready images, Click Here to visit our photo gallery.

 FACEBOOK      TWITTER      YOUTUBE

A Steamy Soiree, Hosted by Thermador : Thermador Home Appliance Blog



# Thermador

HOME   ABOUT   THERMADOR WEBSITE

## A Steamy Soiree, Hosted by Thermador

POSTED BY THE THERMADOR TEAM    ON JUNE - 6 - 2011    3 COMMENTS



What's hot, steamy and a foodie magnet?

Last week it was the Thermador Gallery & Training Center in Scottsdale, Ariz., where we hosted our Steamy Soiree blogger event. Twenty food bloggers from all over the country were in attendance as we unveiled for the first time ever the Pro Grand Steam Range, Thermador's most crowning achievement to date.



And yes, we literally unveiled it. When the cover came off, it was like the paparazzi were there. Zach Elkin, director of the Thermador brand, did the official unveiling honors.

That was the main event, but there was plenty more fun throughout the rest of the trip. We kicked the day off with a presentation on Thermador's heritage — which includes Julia Child and Alice from "The Brady Bunch" — before seguing into a hands-on lunch preparation.

**CATEGORIES**   **ARCHIVES**

What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/yXSNTxtB # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/alf137Ksv # 5 hours ago

#UltimateKitchenCookish http://t.co/rYe5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! #19 hours ago

- CULINARY
- FEATURED
- FROM THE DIRECTOR'S DESK
- MISCELLANEOUS
- PRODUCTS
- STEAMY KITCHEN
- TRADE
- TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO!

THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

Butter-Poached Lobster Tail with Sambuca Flambéed Fennel : Thermador Home Appliance Blog

HOME    ABOUT    THERMADOR WEBSITE

# Thermador



CATEGORIES ▼    ARCHIVES ▼

What a lot of our guests came to see:
Freedom Induction. #UltimateKitchen
http://t.co/yXSNTx6D # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen
http://t.co/alf187Ky # 5 hours ago

#UltimateKitchen cookies :)
http://t.co/Ye5amn1r # 17 hours ago

Round two of OC dining experience with fab
bloggers at Villa Nova. #UltimateCooking # 19
hours ago

Mozza and now Villa Nova for our progressive
dinner tour at #UltimateKitchen experience.
Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW
SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012
CES WITH THE FREEDOM® INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES
WITH THE FREEDOM® INDUCTION COOKTOP

## Butter-Poached Lobster Tail with Sambuca Flambéed Fennel

POSTED BY KYLE JAKOBI · ON JANUARY · 14 · 2011 · ADD COMMENTS

Butter-Poached Lobster Tail with Sambuca Flambéed Fennel Recipe



Around here, Lobster Thermador gets all the love. The name is so similar. Julia Child made it famous, on and on we go — it's almost the perfect Thermador dish.

Lost in the shuffle are all the other lobster recipes.

Until this week.

Thanks to our brand new Thermador Web Experience, we now have "Butter-Poached Lobster Tail with Flambéed Fennel" on the Thermador menu.

If you're looking for that new lobster recipe, well, here you are!

Click here to watch the how-to video on the Web Experience.

Recipe: Butter-Poached Lobster Tail with Sambuca Flambéed Fennel

2 lobster tails
4 cups butter
6 bulbs fennel (julienne)
Red peppers (julienne)
Tarragon (picked from stem)
Nutmeg
Sambuca Liquor
Olive oil
3 Oranges (segment half, and cut the rest in half)

1. Place 1½ butter in a small pot over a low flame, add lobster tail and tarragon
2. Simmer on a low flame until butter is melted and starts to show signs of boiling
3. While lobster is simmering slowly, heat a medium size pan on high heat
4. Place oil in pan and then add fennel and sauté till translucent
5. Add Sambuca to fennel off the flame, then tip the pan into the flame to ignite the alcohol
6. Once the alcohol is cooked off, add red pepper and season to taste.
7. Add a tablespoon of butter to fennel; squeeze ½ of an orange into the pan.
8. Place fennel in center of plate, remove lobster from the butter

From the Director's Desk: Brand Interaction On-demand : Thermador Home Appliance Blog



HOME    ABOUT    THERMADOR WEBSITE

# *Thermador*

CATEGORIES ▼    ARCHIVES ▼

What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/yXSNTx6D #4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/sli1z7Ky #5 hours ago

#UltimateKitchen cookies :) http://t.co/Ye5nmn1r #17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking #19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! #19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO!
THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP
FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP
DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP
JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

## From the Director's Desk: Brand Interaction On-demand

👤 POSTED BY ZACH ELKIN  🕐 ON APRIL - 1 - 2011  💬 ADD COMMENTS



Videos from the Thermador Web Experience feature true home cooks performing cooking demonstrations.

Have you ever searched for a last-minute recipe on the Internet, but couldn't quite make it come together in time for your dinner party? Or Thanksgiving dinner? Or worse yet, your March Madness party?

There's always some hang up: How high do I turn the burner? How long do I sauté those mushrooms for? What temperature and convection combination do I turn my oven to?

I know we've been there at my house, and I wish we had the help of Thermador's Web Experience back then. Lucky for all of us, Thermador's Virtual Dinner Party offers the perfect step-by-step solution on-demand at the click of a mouse.

Our Virtual Dinner Party is the first of its kind in the kitchen-appliance industry to offer consumers the opportunity to interact with a brand 24 hours a day, seven days a week, 365 days a year on their computer screens.

If only Julia Child could see Thermador now. And she had a laptop.

Officially, the Thermador Web Experience is an immersive cooking and product demonstration website that makes up a key component to our bold new marketing campaign. It is yet another truly unique innovation from a brand that has 11 decades of them to its name.

The concept behind the experience stemmed from our Gallery & Training Center in Scottsdale, Ariz., where throughout the year we invite employees, dealers, designers, builders, culinary enthusiasts and media out to experience the latest Thermador kitchen innovations at our showcase facility. We wanted to bottle that experience and make it available to everyone.

The immersive aspect of the site makes it seem like you're actually at the dinner party, conversing with the host, learning recipes, and at the same time, gleaning knowledge of our appliances.

The only thing the Web Experience doesn't do is cook your meal for you. But hey, you're a culinary enthusiast, so you wouldn't want that now would you?

Cheers,

Zach Elkin

Director of the Thermador Brand

*Channel and HomeClick's Community site.*

**The Thermador Brand**

Thermador began making appliances in 1932, after operating for 16 years as an electrical products manufacturer, and has been innovating ever since. Julia Child created many of her famous PBS show dishes in a Thermador wall oven.



The company's online Heritage page offers a fabulous timeline of introductions to the home appliance market: wall ovens and cooktops (1947), "pro ranges" (1948), warming drawers (1952), self-cleaning ovens (1963), speed cook ovens (1976), pop-up retractable downdraft systems (1978) and sealed gas burners (1987), among others.

Thermadors are sold through the same high-end appliance showrooms as their high-end competitors.

**The Facts**

Warranty: One year

Pricing: MSRP $13,995

Website: http://www.thermador.com/

All photos courtesy of Thermador.

POSTED BY JAMIE GOLDBERG, AKBD, CAPS AT 11:38 AM 



LABELS: JULIA CHILD, PRO GRAND STEAM RANGE, STEAM OVEN, THERMADOR

**2 COMMENTS:**

# SENSIBLE STYLE: CO-PUBLISHING VENTURE WITH KITCHENS.COM

2012 Kitchen Trends

2011 Kitchen & Bath Gift Guide

Multi-tasking Appliances and Other Holiday Helpers

Vacattion Home Kitchens

Missed in America

Pet-friendly Kitchens

Color Charged

Backsplash Bling

Family Kitchen Tips

Sensible Style for Home Sellers

Due Consideration

Easy Makeovers

Easy Ways to Go Green in your Kitchen

The 7 Most Under-rated Kitchen Products

Love Your Kitchen Again

Easy Color Updates

Your 8 Best Holiday Helpers

Small Makeovers, Big Impact

Winning Color Combinations

Small Kitchens, Big Splurges

10 Small Kitchen Tips

10 Most Common Kitchen Problems

# SENSIBLE STYLE COMES TO YOUR HOME!



Click on Picture for In-Home Consult Details!



# YALE
### APPLIANCE · LIGHTING

## CALL (617) 825-9253
Boston Appliance Showroom: 296 Freeport Street, Dorchester, MA

Shopping Cart | Hours & Directions | Delivery Policy | Builders | Outlet Store

search brands, products, model numbers

» Advanced Search

**REPAIRS**

LEAVE A MESSAGE

Kitchen › Laundry › Plumbing › Lighting › LED and Recessed Lighting › Seasonal ›

🛒 my shopping cart

## PACKAGES

Yale Appliance + Lighting Home | Thermador Appliances

## Thermador Appliances in Boston, MA at Yale Appliance

### Top-Selling Thermador Appliances



Thermador
CIT365EM

Thermador
PRD304EG



Thermador
CIT365GM

Thermador appliances represent the height of innovation and quality for your home, which may be why Julia Child used Thermador appliances for her cooking show. Since 1916, Thermador appliances have led the industry in new technologies that make cooking and cleaning more precise and efficient.

Yale Appliance in Boston, MA carries a full line of Thermador appliances, including refrigerators, ranges, ovens, cooktops and dishwashers, that will bring the highest standards of appliance design and function to your kitchen.

| Refrigeration | Cooking | Ventilation | Faucets | Other Seasonal |
|---|---|---|---|---|
| Side X Side | Electric | Pro Range Hood | Accessories | |
| Built-In | Gas | Decorative | | |
| Specialty | Dual Fuel | Downdraft | | |
| Freezers | Induction | Accessories | | |
| Accessories | Accessories | Dishwashers | | |

### RESOURCE CENTER

Before you buy, get insider tips from the appliance professionals at Yale: Appliance Buying Guide

### THERMADOR APPLIANCE REPAIR

Get expert appliance repair from Yale's in-house service team. Call (617) 822-5360 or click here: Thermador Appliance Repair

### Thermador Appliances

- ☐ Cooking
- ☐ Dishwashers
- ☐ Faucets
- ☐ Other Seasonal
- ☐ Refrigeration
- ☐ Ventilation



# KIEFFER'S
## APPLIANCES
### Since 1917

| Home | About Kieffer's Appliances | Kieffer's Rebate Page | Kieffer's Website | Kiefferscooks.com |

## Thermador's 48" Pro-Grand Steam Range

Hey Appliance Fans,

Maybe you've heard of Thermador. Maybe you haven't. Either way, they've been changing the kitchen appliance landscape for over 50 years. I'm not making this up. They were the first company to develop a built-in wall oven for the home. Then they were the first company to introduce a white wall oven. Funny how we take white wall ovens for granted, but SOMEONE had to be the first to create one.



Here's just a small list of innovation courtesy of Thermador.

Julia Child thought Thermador was good enough to use on her TV program. After her show went off the air, she donated her entire kitchen to The Smithsonian. So, yeah, you can go to The Smithsonian Institute and see a Thermador product. You know, the same museum that displays the Wright Brother's Airplane. Yeah, THAT Smithsonian.

Thermador was even good enough for the best I'm-a-kid-home-from-school-sick-television-show: The Brady Bunch. Yup, if it was good enough for Alice to cook on, then it's good enough for you, right? Right.

So to continue with the innovative tradition that Thermador is known for, they developed what might be the COOLEST range on the planet today: The 48" Pro-Grand Steam Range aka "The Ultimate Culinary Center".

### KIEFFER'S "SUPER" SHOWROOM

785 Sumneytown Pike
Lansdale, PA 19440
**(215) 699-3522**
Mon - Fri: 10am-8pm
Sat: 10am-4pm

*Newly re-designed Kitchenaid, GE Profile, and Electrolux Displays! *

### LINKS

o Kieffer's Appliances Website
o Kieffer's Cooks

### CATEGORIES

o Appliances 101 (7)
o Blog Entries (21)
o Celebrity Kitchens (2)
o Cooking (18)
o Dishwashing (7)
o Events (1)
o Laundry (2)
o Miscellaneous (15)
o Old Entries (18)
o Outdoor Kitchens (8)
o Refrigeration (7)
o Uncategorized (2)
o Ventilation (3)

### FOLLOW US ON TWITTER

o Ever wonder how to choose the perfect oil for the perfect meal? ow.ly/bOE7O 2 days ago
o My iPhone auto-correct changed Frigidaire to "Frigidity." I think that's the hip-hop version of Frigidaire, right? @ShopFrigidaire 1 week ago
o What's the best range for "The Most Interesting Man In The World"? ow.ly/bIdN0 1 week ago
o How many times do you pick a chain restaurant over an independent one? Friends don't let friends eat bad food. ow.ly/bGa4l 1 week ago
o Russet in Philly. Just open

◇ Follow

# Thermador ★

FIND A DEALER   GET A QUOTE   ABOUT   CONTACT

Enter Keyword

BLOG f t ▶ P

★ MY THERMADOR

COOKING   REFRIGERATION   DISHWASHERS   PLANNING   TRADE   CULINARY   SUPPORT

## HERITAGE

About  >  Heritage

**ABOUT US**



**ELEVEN DECADES OF INNOVATION + PERFORMANCE**

...ION OF THE ...TH COOKTOP
...anh is developed by
...rst used by Thermador

1970

**JULIA CHILD**
Julia Child uses Thermador in her critically acclaimed PBS TV Series.

1976

**INTRODUCTION OF T...**
**SPEED COOKING OV...**
Thermador introduces th... "Speedcooking" oven, wi... thermal heat with micro... to cook food up to 35 pe... than conventional oven...

1916   1947   1952   1970   1978   1987   1982   1994   1998   2001   2002   2005   2008   2009   2010
        1932   1948   1963   1976

**THERMADOR: Historical Timeline**
For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.

SITEMAP   |   PRESS ROOM   |   LEGAL/PRIVACY   |   AUTHORIZED SERVICERS   |   SAFETY NOTICES   |   CAREERS   |   INTERNATIONAL
Copyright 2012 Thermador





# Thermador★

FIND A DEALER    GET A QUOTE    ABOUT    CONTACT

COOKING    REFRIGERATION    DISHWASHERS    PLANNING    TRADE    CULINARY    SUPPORT

BLOG f t ▶ ℗

★ MY THERMADOR

# HERITAGE

About > Heritage

**ABOUT US**

## ELEVEN DECADES OF INNOVATION ✛ PERFORMANCE

### PRODUCTION OF THE ☐ BURNER
...ador introduces the first ...onal ranges and cooktops ...ar 5...ners

**2001**

### JULIA CHILD AND HER KITCHEN
In 2001, Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

**2002**

### INTRODUCTION OF THE JET IMPINGMENT OVEN
Thermador produces the first d... Jet Impingement Oven. This tec... improves Speedcooking by usin... variably directed jets of air alon... microwave radiation to reduce c... times by 75 percent, while still n... texture and flavor.

1932  1947  1952  1970  1978  1987  1998  1962  2009  2000
      1945  1963  1975  1982  1990  2001  2005  2009

**THERMADOR: Historical Timeline**
For more than eleven decades, Thermador has been making the American kitchen more beautiful, more efficient, and more luxurious, with meticulously crafted appliances engineered and designed to appeal to the most discriminating culinary enthusiast.

SITEMAP    PRESS ROOM    LEGAL/PRIVACY    AUTHORIZED SERVICERS    SAFETY NOTICES    CAREERS    INTERNATIONAL

Copyright 2012 Thermador

# Thermador ★

FIND A DEALER   GET A QUOTE   ABOUT   CONTACT   BLOG f t ▶ p   [Enter Keyword]

COOKING   ·   REFRIGERATION   ·   DISHWASHERS   ·   PLANNING   ·   TRADE   ·   CULINARY   ·   SUPPORT   ★ MY THERMADOR

Trade > Star Newsletters > Issue 13



ISSUE #13: THERMADOR BRAND HERITAGE

## THERMADOR STAR NEWSLETTER

Contents:
- Historical Timeline: A Look Back at More Thermador Feats
- ONE, TWO, FREE Glistens Sapphire
- Thermador Showcased on "Ellen"

### Historical Timeline: A Look Back at More Thermador Feats

Thermador has long been a company of firsts, beginning with the world's first built-in wall oven, to the first separate refrigerator and freezer columns. Here's a look back at some of the most noteworthy years in the history of America's most iconic kitchen brand:



**1955**    Thermador dreams up the 24-inch Masterpiece Bilt-In Oven, the world's first built-in wall oven. The American kitchen will never be the same.

**1969**    Thermador meets Hollywood: Alice from the "Brady Bunch" prepares the family's first meals using a Thermador wall oven and other Thermador appliances.

**1970**    Julia Child uses a Thermador wall oven in her nationally acclaimed PBS cooking series.

**1975**    Thermador launches the first triple-oven, three-way-microwave, warming-drawer and oven-combo unit, which remains a company exclusive to this day.

**1976**    Thermador pioneers another original invention: the first "speed cooking" oven, a combination microwave-thermal built-in oven.

**1998**    Thermador shelves the traditional circular-shaped burner for its unique star-shaped burner. The technology is dubbed the Star® Burner and becomes an icon for the brand's innovative nature.

**2000**    Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50 percent without compromising taste or texture.

**2001**    Julia Child donates her kitchen to the Smithsonian, further cementing the brand's place in popular American culture.

**2006**    Thermador becomes the first company to separate the refrigerator and freezer into separate columns with its Freedom® Collection Columns. Now, serious cooks can design the kitchen that best suits their needs.

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



HOME    ABOUT    THERMADOR WEBSITE

*Thermador*

CATEGORIES  ▽    ARCHIVES  ▽

What a lot of our guests came to see: Freedom Induction. #UltimateKitchen http://t.co/XSNTx60 # 4 hours ago

The Pro Grand theater tour. #UltimateKitchen http://t.co/alf197Ky # 5 hours ago

#UltimateKitchen cookies :) http://t.co/Ve5amn1r # 17 hours ago

Round two of OC dining experience with fab bloggers at Villa Nova. #UltimateCooking # 19 hours ago

Mozza and now Villa Nova for our progressive dinner tour at #UltimateKitchen experience. Yum! # 19 hours ago

CULINARY

FEATURED

FROM THE DIRECTOR'S DESK

MISCELLANEOUS

PRODUCTS

STEAMY KITCHEN

TRADE

TWO PEAS AND THEIR POD

COLLEEN EDWARDS ON THERMADOR'S NEW SHOWROOM: READY TO GO

THERMADOR TEAM ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

FANNIE YOUNG ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

DAVID SMITH ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

JOHN SEGAL ON THERMADOR ROCKS 2012 CES WITH THE FREEDOM® INDUCTION COOKTOP

# A Look Back at Thermador's Storied History

👤 POSTED BY THE THERMADOR TEAM  🕐 ON JUNE · 23 · 2011  💬 ADD COMMENTS

From inventing the first built-in wall oven, to taking the stainless steel kitchen mainstream, to innovating the patented Star Burners, Thermador has a deep history of industry firsts.

Notable personalities throughout the years have also been enamored with Thermador. Julia Child used a Thermador oven in her critically acclaimed PBS TV series, while Alice from the "Brady Bunch" also cooked with Thermador appliances.

Here's a look back at the major Thermador achievements throughout the years:



ELEVEN DECADES OF INNOVATION & PERFORMANCE

1916 *Thermador* THERMADOR IS FOUNDED Founded by William E. Cranston. Thermador began as a manufacturer of electric items, most notably portable and built-in heaters

1916—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters.

1932—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company.

1947—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances.

1948—Thermador introduces the first "Pro Range" for residential use.

1952—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer.

1963—Thermador introduces the first self-cleaning oven.

1970—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops.



1952

INTRODUCTION OF THE FIRST WARMING DRAWER
Patterned after the commercial restaurant equipment, Thermador develops the first home version warming drawer; a handy tool that keeps dishes, rolls and casseroles warm while the oven is being used.

1970—Julia Child uses Thermador in her critically acclaimed PBS TV series.

1976—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens.

1978—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" intake.

1982—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time.

1987—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition.

1994—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output.

1998—Thermador introduces the first professional ranges with cooktops with Star Burners.

2001—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.

2001—Thermador produces the first domestic Jet Impingement Oven.

2006—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns.

2006—Thermador introduces the first warming drawer with convection technology.

2008—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops.

2009—Thermador develops the largest and most powerful induction model on the market.

A Look Back at Thermador's Storied History : Thermador Home Appliance Blog



2009—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light.

2010—Thermador's keen eye for predicting the future of cooking brought on the revolutionary Steam and Convection Oven. This innovative, highly-effective oven defrosts, steams, proofs, bakes, slow cooks and even reheats food to perfection.

2011—Thermador unveils the Pro Grand Steam, the world's first kitchen appliance to offer seven distinct cooking options — steaming, convection baking, burner cooking, simmering, grilling, griddle cooking and warming — with a combination Steam & Convection Oven, a large-capacity convection oven, a six-burner gas cooktop featuring the exclusive Star® Burners, and a fully integrated warming drawer to complete the all-in-one package.

JULIA CHILD
Julia Child uses Thermador in her culturally-acclaimed PBS TV Series

FEATURED

_____ | Name (required)
_____ | Mail (will not be published) (required)
_____ | Website

[ Submit Comment ]

Copyright 2012 Thermador Blog



**Thermador.**
REAL INNOVATIONS FOR REAL COOKS

# KITCHEN DESIGN
# & PLANNING GUIDE







# tumblr. Follow the world's creators.

Log in      Sign up

thermador

E...r

thermadorrepair:

## The History of Thermador

The History of Thermador
Source: From Thermador Website

**1916**—William E. Cranston founded Thermador, which began as a manufacturer of electric items, most notably portable and built-in room heaters. *(thermador)*

**1932**—Cranston merges with business owner H.H. Fogwell to form The Thermador Electrical Manufacturing Company. *(thermador)*

**1947**—Thermador invents the first built-in wall oven. Duplicated by virtually every major oven manufacturer since its inception, Thermador's "Bilt-in" oven represents one of the most significant technological advancements in the history of kitchen appliances.*(thermador)*

**1948**—Thermador introduces the first "Pro Range" for residential use.*(thermador)*

**1952**—Patterned after commercial restaurant equipment, Thermador develops the first home version warming drawer.*(thermador)*

**1963**—Thermador introduces the first self-cleaning oven.*(thermador)*

**1970**—"Smooth top" material is developed by Corning, Inc., and first used by Thermador in its cooktops.*(thermador)*

**1970**—Julia Child uses Thermador in her critically acclaimed PBS TV series. *(thermador)*

**1976**—Thermador introduces the first "Speedcooking" oven, which combines thermal heat with microwave energy to cook food up to 35 percent faster than conventional ovens.*(thermador)*

**1978**—Thermador introduces the first retractable downdraft ventilation system with elevating "snorkel" Intake.*(thermador)*

**1982**—Many Thermador breakthroughs are now considered industry standards, such as gas cooktops with high-power super burners with an output of 11,500 BTUs, an unmatched achievement at the time.*(thermador)*

**1987**—Thermador continues its groundbreaking advancements with the introduction of the sealed gas burner with automatic re-ignition.*(thermador)*

**1994**—Thermador introduces exclusive ExtraLow burners, which cycle the flame on and off to maintain heat output.*(thermador)*

**1998**—Thermador introduces the first professional ranges with cooktops with Star Burners.*(thermador)*

**2001**—Julia Child's kitchen is inducted into the Smithsonian Institution, National Museum of American History, Kenneth E. Behring Center.*(thermador)*

**2001**—Thermador produces the first domestic Jet Impingement Oven.*(thermador)*

**2006**—Thermador introduces its award-winning Freedom Collection refrigeration: a new, modular concept of built-in fresh food, freezer and wine preservation columns.*(thermador)*

**2006**—Thermador introduces the first warming drawer with convection technology.*(thermador)*

**2008**—Another Thermador exclusive: Sensor Dome technology adds convenience and precision to cooking on electric cooktops.*(thermador)*

**2009**—Thermador develops the largest and most powerful induction model on the market.*(thermador)*

**2009**—Thermador creates the largest wine glass capacity dishwasher on the market with Sapphire Glow light.*(thermador)*

**2010**—Thermador's keen eye for predicting the future of cooking brought on the





Julia Child Uses Thermador In Her TV Series
1970
Julia Child uses Thermador in her critically acclaimed PBS TV series.

The First Self-Cleaning Oven
1963
Thermador continues to improve on their "bilt-in" ovens with the addition of the first self-cleaning oven.

# Thermador® | *An American Icon*™



**50 YEARS** CELEBRATING BUILT-IN OVEN 1956-2006 *Thermador*

**1932** Thermador becomes incorporated in California.

**1955** Thermador introduces the first built-in wall oven to the kitchen industry. The 24" Masterpiece Built-In Oven created an entirely new product category and forever changed the concept of the American kitchen. This revolutionary design offered consumers the ultimate in luxury, convenience and flexibility.

**1956** Styling ahead of the curve, Thermador introduces the first "Built-In" Double Oven. This side-by-side creation doubled the oven's cooking capacity while continuing to make a design statement and offering the cooking performance established by the original wall oven.

**1965** Reinforcing its position as an industry leader, Thermador brings to the market the first oven with a black glass front door, a trend that continues today.

**1968** Thermador pioneers another trend with the first "white on white" styling for a more contemporary look.

**1969** Thermador meets Hollywood. "Alice" from the Brady Bunch prepared the family's meals using a Thermador wall oven and other Thermador appliances.









**1970** Julia Child uses a Thermador wall oven in her nationally-acclaimed PBS cooking series.

**1975** Thermador introduces the very first triple oven, three-way microwave, warming drawer and oven combo unit (or microwave and oven unit). This combination remains a Thermador exclusive today.





**1975**

**1976** Thermador launches another original invention with the first "Speed Cooking" Oven, a combination microwave thermal built-in oven.

**1976**

**2000** Thermador introduces CookSmart™ Technology, a combination of microwave and convection heating that results in optimal temperatures and cuts cooking time by up to 50% without compromising taste or texture.

**1970**



**2001** Julia Child donates her kitchen to the Smithsonian. Today, visitors can see the cooking icon's "beloved" Thermador wall oven along with her kitchen at the Smithsonian's National Museum of American History.



**2001**

**2005**

**TODAY** Thermador's advancements over the last 50 years continue to solidify its position as an American Icon. Today's wall oven features the Personal Culinary Assistant™, which lets users see and operate all cooking modes with single touch programming for superior cooking results. An industry-exclusive, scrolling 15-digit alphanumeric display provides step-by-step text feedback and audio cues to guide users through oven programming.