| Form **1023** (Rev. July 1993) Department of the Treasury Internal Revenue Service | **Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code** | OMB No. 1545-0056 Expires 5-31-96 |
|---|---|---|
| | | If exempt status is approved, this application will be open for public inspection. |

Read the instructions for each Part carefully.
**A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.
**Complete the Procedural Checklist on page 7 of the instructions.**

### Part I  Identification of Applicant

**1a** Full name of organization (as shown in organizing document)
Julia Child Foundation For Gastronomy and the Culinary Arts

**2** Employer identification number (If none, see instructions.)
04: 3294783

**1b** c/o Name (if applicable)
c/o William A. Truslow

**1c** Address (number, street, and room or suite no.)
Hill & Barlow
One International Place

**3** Name and telephone number of person to be contacted if additional information is needed
William A. Truslow, Esquire
(617) 428-3356

**1d** City or town, state, and ZIP code
Boston, MA  02110

**4** Month the annual accounting period ends
December

**5** Date incorporated or formed
December 2, 1995

**6** Activity codes (See instructions.)
602

**7** Check here if applying under section:
a ☐ 501(e)   b ☐ 501(f)   c ☐ 501(k)

**8** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code?
If "Yes," attach an explanation. ☐ Yes  ☒ No

**9** Is the organization required to file Form 990 (or Form 990-EZ)?
If "No," attach an explanation (see instructions). ☒ N/A  ☐ Yes  ☐ No

**10** Has the organization filed Federal income tax returns or exempt organization information returns?  ☐ Yes  ☒ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

**11** Check the box for the type of organization. BE SURE TO ATTACH A CONFORMED COPY OF THE CORRESPONDING DOCUMENTS TO THE APPLICATION BEFORE MAILING (See **Specific Instructions, Part I, Line 11.**) Get Pub. 557, **Tax-Exempt Status for Your Organization,** for examples of organizational documents.)

a ☐ **Corporation**—Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also include a copy of the bylaws.

b ☒ **Trust**—Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☐ **Association**—Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of the bylaws.

If the organization is a corporation or an unincorporated association that has not yet adopted bylaws, check here ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

Please Sign Here ▶ *(Signature)*    Trustee *(Title or authority of signer)*    December 18, 1995 *(Date)*

For Paperwork Reduction Act Notice, see page 1 of the instructions.                    Cat. No. 17133K

**EXHIBIT P**

Form 1023 (Rev. 7-93)

Page 2

### Part II  Activities and Operational Information

1. Provide a detailed narrative description of all the activities of the organization—past, present, and planned. **Do not merely refer to or repeat the language in the organizational document.** Describe each activity separately in the order of importance. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

   See attached statement.

2. What are or will be the organization's sources of financial support? List in order of size.

   See Part II.1.

3. Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc. Attach representative copies of solicitations for financial support.

   See Part II.1.

Form 1023 (Rev. 7-93)          Page 3

**Part II   Activities and Operational Information** *(Continued)*

**4** Give the following information about the organization's governing body:

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| See attached statement. | See attached statement. |

**c** Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials? ☐ Yes ☒ No
If "Yes," name those persons and explain the basis of their selection or appointment.

**d** Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See **Specific Instructions, Part II, Line 4d**.) ☒ Yes ☐ No
If "Yes," explain.

    See Part II.1.

**5** Does the organization control or is it controlled by any other organization? ☐ Yes ☒ No

Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship with another organization by reason of interlocking directorates or other factors? ☐ Yes ☒ No
If either of these questions is answered "Yes," explain.

**6** Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than a 501(c)(3) organization): **(a)** grants; **(b)** purchases or sales of assets; **(c)** rental of facilities or equipment; **(d)** loans or loan guarantees; **(e)** reimbursement arrangements; **(f)** performance of services, membership, or fundraising solicitations; or **(g)** sharing of facilities, equipment, mailing lists or other assets, or paid employees? ☐ Yes ☒ No
If "Yes," explain fully and identify the other organizations involved.

**7** Is the organization financially accountable to any other organization? ☐ Yes ☒ No
If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.

**Part II  Activities and Operational Information** *(Continued)*

8   What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status, what additional steps remain to be completed, and when such final steps will be taken. If "None," indicate "N/A."  All of the assets of the organization will be used in the performance of its exempt function, although at the present time the organization has no assets.

9   Will the organization be the beneficiary of tax-exempt bond financing within the next 2 years? . . . . ☐ Yes ☒ No

10a Will any of the organization's facilities or operations be managed by another organization or individual under a contractual agreement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
  b Is the organization a party to any leases? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
    If either of these questions is answered "Yes," attach a copy of the contracts and explain the relationship between the applicant and the other parties.

11  Is the organization a membership organization? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
    If "Yes," complete the following:
  a Describe the organization's membership requirements, and attach a schedule of membership fees and dues.

  b Describe the organization's present and proposed efforts to attract members, and attach a copy of any descriptive literature or promotional material used for this purpose.

  c What benefits do (or will) the members receive in exchange for their payment of dues?

12a If the organization provides benefits, services, or products, are the recipients required, or will they be required, to pay for them? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ N/A ☐ Yes ☐ No
    If "Yes," explain how the charges are determined, and attach a copy of the current fee schedule.

  b Does or will the organization limit its benefits, services, or products to specific individuals or classes of individuals? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ N/A ☐ Yes ☐ No
    If "Yes," explain how the recipients or beneficiaries are or will be selected.

13  Does or will the organization attempt to influence legislation? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
    If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds that it devotes or plans to devote to this activity.

14  Does or will the organization intervene in any way in political campaigns, including the publication or distribution of statements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
    If "Yes," explain fully.

Form 1023 (Rev. 7-93) Page 5

**Part III  Technical Requirements**

1. Are you filing Form 1023 within 15 months from the end of the month in which your organization was created or formed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No
   If you answer "Yes," do not answer questions on lines 2 through 7.

2. If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to question 8.
   **Exceptions**—You are not required to file an exemption application within 15 months if the organization:

   ☐ a  Is a church, interchurch organization of local units of a church, a convention or association of churches, or an integrated auxiliary of a church (see instructions);

   ☐ b  Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or

   ☐ c  Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely submitted a notice covering the subordinate.

3. If the organization does not meet any of the exceptions on line 2, are you filing Form 1023 within 27 months from the end of the month in which the organization was created or formed? . . . . . . . . ☐ Yes ☐ No

   If "Yes," your organization qualifies under section 4.01 of Rev. Proc. 92-85, 1992-42 I.R.B. 32, for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 4 through 7.

   If "No," answer question 4.

4. If you answer "No" to question 3, has the organization been contacted by the IRS regarding its failure to file Form 1023 within 27 months from the end of the month in which the organization was created or formed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

   If "No," your organization qualifies for an extension of time to apply under the "reasonable action and good faith" requirements of section 5.01 of Rev. Proc. 92-85. Do not answer questions 5 through 7.

   If "Yes," answer question 5.

5. If you answer "Yes" to question 4, does the organization wish to request relief from the 15-month filing requirement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

   If "Yes," give the reasons for not filing this application prior to being contacted by the IRS. See Specific Instructions, Part III, Line 5, before completing this item. Do not answer questions 6 and 7.

   If "No," answer question 6.

6. If you answer "No" to question 5, your organization's qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed with your key District Director. Therefore, do you want us to consider the application as a request for recognition of exemption as a section 501(c)(3) organization from the date the application is received and not retroactively to the date the organization was created or formed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

7. If you answer "Yes" to the question on line 6 above and wish to request recognition of section 501(c)(4) status for the period beginning with the date the organization was formed and ending with the date the Form 1023 application was received (the effective date of the organization's section 501(c)(3) status), check here ▶ ☐  and attach a completed page 1 of Form 1024 to this application.

Form 1023 (Rev. 7-93)

Page 6

### Part III  Technical Requirements (Continued)

8  Is the organization a private foundation?
   ☒ Yes  (Answer question on line 9.)
   ☐ No   (Answer question on line 10 and proceed as instructed.)

9  If you answer "Yes" to the question on line 8, does the organization claim to be a private operating foundation?
   ☐ Yes  (Complete Schedule E)
   ☒ No

   After answering the question on this line, go to Part IV.

10 If you answer "No" to the question on line 8, indicate the public charity classification the organization is requesting by checking the box below that most appropriately applies:

   **THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:**

| | | | |
|---|---|---|---|
| a | ☐ | As a church or a convention or association of churches (CHURCHES MUST COMPLETE SCHEDULE A.) | Sections 509(a)(1) and 170(b)(1)(A)(i) |
| b | ☐ | As a school (MUST COMPLETE SCHEDULE B.) | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
| c | ☐ | As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (MUST COMPLETE SCHEDULE C.) | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
| d | ☐ | As a governmental unit described in section 170(c)(1). | Sections 509(a)(1) and 170(b)(1)(A)(v) |
| e | ☐ | As being operated solely for the benefit of, or in connection with, one or more of the organizations described in a through d, g, h, or i (MUST COMPLETE SCHEDULE D.) | Section 509(a)(3) |
| f | ☐ | As being organized and operated exclusively for testing for public safety. | Section 509(a)(4) |
| g | ☐ | As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
| h | ☐ | As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
| i | ☐ | As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | Section 509(a)(2) |
| j | ☐ | The organization is a publicly supported organization but is not sure whether it meets the public support test of block h or block i. The organization would like the IRS to decide the proper classification. | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

**If you checked one of the boxes a through f in question 10, go to question 15. If you checked box g in question 10, go to questions 12 and 13. If you checked box h, i, or j, go to question 11.**

Form 1023 (Rev. 7-93)     Page **7**

**Part III**   Technical Requirements *(Continued)*

**11**   If you checked box **h, i,** or **j** on line 10, has the organization completed a tax year of at least 8 months?
- ☐ **Yes**—Indicate whether you are requesting:
  - ☐ A definitive ruling (Answer questions on lines 12 through 15.)
  - ☐ An advance ruling (Answer questions on lines 12 and 15 and attach two Forms 872-C completed and signed.)
- ☐ **No**—**You must request an advance ruling by completing and signing two Forms 872-C and attaching them to the application.**

**12**   If the organization received any unusual grants during any of the tax years shown in Part IV-A, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of the grant.

**13**   If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ ☐ and:

   **a**   Enter 2% of line 8, column (e) of Part IV-A _____
   **b**   Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount entered on line **13a** above.

**14**   If you are requesting a definitive ruling under section 509(a)(2), check here ▶ ☐ and:

   **a**   For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each "disqualified person." (For a definition of "disqualified person," see **Specific Instructions, Part II, Line 4d.**)
   **b**   For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

| **15** Indicate if your organization is one of the following. If so, complete the required schedule. (Submit only those schedules that apply to your organization. **Do not submit blank schedules.**) | Yes | No | If "Yes," complete Schedule: |
|---|---|---|---|
| Is the organization a church? | | X | A |
| Is the organization, or any part of it, a school? | | X | B |
| Is the organization, or any part of it, a hospital or medical research organization? | | X | C |
| Is the organization a section 509(a)(3) supporting organization? | | X | D |
| Is the organization a private operating foundation? | | X | E |
| Is the organization, or any part of it, a home for the aged or handicapped? | | X | F |
| Is the organization, or any part of it, a child care organization? | | X | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.? | | X | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution? | | X | I |

### Part IV  Financial Data

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.*

#### A. Statement of Revenue and Expenses

| | | Current tax year | 3 prior tax years or proposed budget for 2 years | | | |
|---|---|---|---|---|---|---|
| | | (a) From 12/2/95 to 12/31/95 | (b) 19 96 | (c) 19 97 | (d) 19 ___ | (e) TOTAL |
| Revenue | 1 Gifts, grants, and contributions received (not including unusual grants—see instructions) | 0 | 0 | 0 | | 0 |
| | 2 Membership fees received | 0 | 0 | 0 | | 0 |
| | 3 Gross investment income (see instructions for definition) | 0 | 0 | 0 | | 0 |
| | 4 Net income from organization's unrelated business activities not included on line 3 | 0 | 0 | 0 | | 0 |
| | 5 Tax revenues levied for and either paid to or spent on behalf of the organization | 0 | 0 | 0 | | 0 |
| | 6 Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) | 0 | 0 | 0 | | 0 |
| | 7 Other income (not including gain or loss from sale of capital assets) (attach schedule) | 0 | 0 | 0 | | 0 |
| | 8 Total (add lines 1 through 7) | 0 | 0 | 0 | | 0 |
| | 9 Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513 | 0 | 0 | 0 | | 0 |
| | 10 Total (add lines 8 and 9) | 0 | 0 | 0 | | 0 |
| | 11 Gain or loss from sale of capital assets (attach schedule) | 0 | 0 | 0 | | 0 |
| | 12 Unusual grants | 0 | 0 | 0 | | 0 |
| | 13 Total revenue (add lines 10 through 12) | 0 | 0 | 0 | | 0 |
| Expenses | 14 Fundraising expenses | 0 | 0 | 0 | | |
| | 15 Contributions, gifts, grants, and similar amounts paid (attach schedule) | 0 | 0 | 0 | | |
| | 16 Disbursements to or for benefit of members (attach schedule) | 0 | 0 | 0 | | |
| | 17 Compensation of officers, directors, and trustees (attach schedule) | 0 | 0 | 0 | | |
| | 18 Other salaries and wages | 0 | 0 | 0 | | |
| | 19 Interest | 0 | 0 | 0 | | |
| | 20 Occupancy (rent, utilities, etc.) | 0 | 0 | 0 | | |
| | 21 Depreciation and depletion | 0 | 0 | 0 | | |
| | 22 Other (attach schedule) | 0 | 0 | 0 | | |
| | 23 Total expenses (add lines 14 through 22) | 0 | 0 | 0 | | |
| | 24 Excess of revenue over expenses (line 13 minus line 23) | 0 | 0 | 0 | | |

Form 1023 (Rev. 7-93) Page **9**

## Part IV   Financial Data (Continued)

| B. Balance Sheet (at the end of the period shown) | | Current tax year Date 12/31/95 |
|---|---|---|
| **Assets** | | |
| 1  Cash | 1 | 0 |
| 2  Accounts receivable, net | 2 | 0 |
| 3  Inventories | 3 | 0 |
| 4  Bonds and notes receivable (attach schedule) | 4 | 0 |
| 5  Corporate stocks (attach schedule) | 5 | 0 |
| 6  Mortgage loans (attach schedule) | 6 | 0 |
| 7  Other investments (attach schedule) | 7 | 0 |
| 8  Depreciable and depletable assets (attach schedule) | 8 | 0 |
| 9  Land | 9 | 0 |
| 10  Other assets (attach schedule) | 10 | 0 |
| 11  **Total assets** (add lines 1 through 10) | 11 | 0 |
| **Liabilities** | | |
| 12  Accounts payable | 12 | 0 |
| 13  Contributions, gifts, grants, etc., payable | 13 | 0 |
| 14  Mortgages and notes payable (attach schedule) | 14 | 0 |
| 15  Other liabilities (attach schedule) | 15 | 0 |
| 16  **Total liabilities** (add lines 12 through 15) | 16 | 0 |
| **Fund Balances or Net Assets** | | |
| 17  Total fund balances or net assets | 17 | 0 |
| 18  **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 18 | 0 |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

December 18, 1995

Julia Child Foundation For Gastronomy
 and the Culinary Arts
c/o Hill & Barlow
One International Place
Boston, MA  02110

EIN:  04-3294783

Form 1023--Part II.1.

The applicant charitable trust (the "charitable trust") is an irrevocable, charitable trust formed under the laws of The Commonwealth of Massachusetts on December 2, 1995.  The charitable trust is an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

The charitable trust is a private foundation.  The charitable trust will make annual distributions of income and principal to tax-exempt charitable organizations (see Section 1.4 of the charitable trust) selected by the trustees for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals, within the meaning of those terms as used in Sections 501(c)(3), 170(c), 2055(a), and 2522(a) of the Internal Revenue Code of 1986, as amended (see Section 1.5 of the charitable trust).  No distributions will be made to individuals.

The charitable trust will initially have no paid employees. Julia Child has bequeathed in her will all of her literary property to the charitable trust, including, but not limited to, copyrights and all other property rights in any literary, television, film, or video works in which she had a role as author, co-author, editor, contributor, or performer, and all income derived therefrom. Consequently, it is anticipated that, upon the death of Julia Child, property with a substantial (but presently unknown) value will pass to the charitable trust. The charitable trust does not anticipate financial support from any sources other than the above-described bequest, although Julia Child and/or members of her family may make one or more gifts to the charitable trust during their lifetimes. Accordingly, the charitable trust has no present or planned fundraising programs.

Until receipt of the anticipated bequest from Julia Child, it is not anticipated that the trustees of the charitable trust will make annual distributions of income or principal to tax-exempt charitable organizations for charitable purposes as provided in the charitable trust unless Julia Child and/or members of her family make gifts to the charitable trust during their lifetimes.

It is possible that Julia Child, the creator of the charitable trust and a trustee of the charitable trust, will be a

- 2 -

substantial contributor to the charitable trust and, therefore, will be a "disqualified person". William A. Truslow, one of the two trustees of the charitable trust, is a member of the law firm of Hill & Barlow, the law firm which represents Julia Child and the charitable trust.

Julia Child, the creator of the charitable trust and a trustee of the charitable trust, will not receive any compensation for serving as a trustee or otherwise. William A. Truslow, the other trustee of the charitable trust, will receive annual compensation for serving as a trustee when the charitable trust is funded. The compensation paid to the trustee(s) will be reasonable and consistent with fiduciary practice in The Commonwealth of Massachusetts.

In addition, William A. Truslow, a trustee, who is a member of the law firm of Hill & Barlow, may (or Hill & Barlow may) perform legal services for the charitable trust in which event he or it, as the case may be, will be paid reasonable compensation.

CHUT/186395

December 18, 1995

Julia Child Foundation For Gastronomy
 and the Culinary Arts
c/o Hill & Barlow
One International Place
Boston, MA   02110

EIN:   04-3294783

Form 1023--Part II.4.

| | | | |
|---|---|---|---|
| (a) | Names and addresses of trustees | (b) | Annual compensation |
| | Julia Child - Trustee<br>103 Irving Street<br>Cambridge, MA   02138 | | None |
| | William A. Truslow - Trustee<br>4 Hawthorne Street<br>Cambridge, MA   02138 | | Reasonable compensation as trustee |

CHUT/186369