Case 1:12-cv-11590-WGY   Document 23-17   Filed 09/25/12   Page 1 of 2

# THE JULIA CHILD FOUNDATION
## *for Gastronomy and the Culinary Arts*

| WELCOME | JULIA'S LIFE | GRANTS | PERMISSIONS | TRUSTEES & ADVISORS | CONTACT |
| --- | --- | --- | --- | --- | --- |

## Permissions



Photo: Jack Leuoers-Booth

Julia's 100th Birthday, August 15, 2012
The Julia Child Foundation for Gastronomy and the Culinary Arts (JCFGCA) believes that Julia's 100th birthday is cause for celebration! We know that many will want to honor her life and work.

In accordance with the JCFGCA's responsibilities, the Trustees have established the following guidelines for those wishing to organize tribute events. The JCFGCA supports these events, as long as they are exclusively celebratory and do not trade on Julia's legacy for purposes of profit or commercial gain.

During her lifetime, Julia felt strongly about not using her name in connection with commercial activities. She made exceptions for the marketing and promotion of her cookbooks, television programs, and related products because she believed them to be educational in nature. In limited instances, she allowed select charitable organizations with which she either was personally involved or whose mission she supported to use her name and/or likeness. It is the intent of the Julia Child Foundation for Gastronomy and the Culinary Arts (JCFGCA) to remain consistent with Julia's decisions surrounding the use of her celebrity.

What JCFGCA restricts and protects:
Because the JCFGCA holds rights to the use of Julia's name and likeness and has the responsibility to manage and protect these rights, the JCFGCA can and will protect Julia's name and likeness from any unauthorized and/or inappropriate use.

The JCFGCA holds the rights to:
- Julia's copyright and intellectual property rights, including the copyright to unpublished materials written by Julia.

- The rights to use Julia's name and likeness (often referred to as publicity or personality rights).

Permission from the JCFGCA is required to:
- Reprint and/or publish in any medium any material for which Julia held the copyright.

- Reprint and/or publish any photographs taken by Paul Child, located at the Schlesinger Library or elsewhere, that have been previously published in books written by Julia. (To inquire about the use of any of these photographs, please contact JCFGCA Administrator Jennifer Krauss.)

- Use Julia's name and/or likeness in the promotion or sale of any kinds of goods or services, including those in connection with charitable activities. With rare exceptions, the JCFGCA does not grant permission for the use of Julia's name and/or likeness for commercial activities. The JCFGCA's definition of commercial activities extends to any in which the public is asked to pay money, even if the money ultimately benefits a nonprofit or charitable organization. (To seek permission to use Julia's name and/or image, please contact JCFGCA Administrator Jennifer Krauss.)

Permission from other entities or persons is required to:
- Reprint and/or publish in any medium content from Julia's books, television programs, DVDs or digital content. Permission must be sought from the relevant publisher or producer, such as Alfred A. Knopf, WGBH, or A La Carte Productions.

- Reprint and/or publish in any medium any photographs taken by Paul Child located in the archives of the Schlesinger Library or elsewhere that have not been previously published in books written by Julia Child.

### Resources

The Schlesinger Library
Finding aids for The Julia Child Papers and additional papers of Julia Child can be viewed at:
http://nrs.harvard.edu/urn-3:RAD.SCHL:sch00222
http://nrs.harvard.edu/urn-3:RAD.SCHL:sch01321

# EXHIBIT Q

The finding aids for the audio and video collections can be viewed at:
http://nrs.harvard.edu/urn-3:RAD.SCHL:sch01343
http://nrs.harvard.edu/urn-3:RAD.SCHL:sch01344
These materials are open to research. Please contact the reference desk at 617-495-8540 or online.

BACK TO TOP

Over 1,800 photographic prints, mostly chronicling The French Chef, along with some early snapshots
of the Childs in France, have been processed. Processed images are available in the Schlesinger's online
VIA (Visual Information Access) catalog. (Note: records are mc660 and mc644.)

For photo permissions please contact: slref@radcliffe.edu

Alfred A. Knopf, Inc./Random House, Inc.
http://www.randomhouse.com/about/permissions.html

Harry Ransom Center
The Ransom Center holds the Alfred A. Knopf Inc., collection which includes materials related to the
publication of the groundbreaking cookbook *Mastering the Art of French Cooking* by Julia Child,
Simone Beck, and Louisette Bertholle.

For more information, click here.
For Policies, click here.
For Manuscript information contact: Richard Workman, Associate Librarian

WGBH Educational Foundation
To license stills, clips and text please contact:
WGBH Stock Sales
617.300.3939

To license full programs please contact:
Mary Cahill Farella
Director of Licensing
617.300.2700

A La Carte Communications
For a listing of productions with Julia, click here.

Contact: Nat Katzman
415.626.2131

© Copyright 2012 The Julia Child Foundation for Gastronomy and the Culinary Arts. All Rights Reserved.