MC 644

# Child, Julia. Papers of Julia Child, 1925-1993: A Finding Aid

Arthur and Elizabeth Schlesinger Library on the History of Women in America



Processing of this collection was made possible by gifts from the
Radcliffe College Class of 1950 and the Radcliffe College Class of 1968.
Radcliffe Institute for Advanced Study, Harvard University
Cambridge, Mass.
November 1993
Updated April 2011
© 2011 President and Fellows of Harvard College

## Descriptive Summary

    Call No.: MC 644, T-139, Vt-23, Phon 15
    Repository: Schlesinger Library, Radcliffe Institute
    Creator: Julia Child
    Title: Papers of Julia Child, 1925-1993
    Quantity: 60.18 linear feet (112 file boxes, 3 folio boxes, 8 folio+ boxes) plus 3 oversize folders, 4 supersize folders, 1 folio photograph folder, 1 oversize photograph folder, 8 objects
    Language of materials: Most materials in English; some correspondence in French.
    Abstract: Correspondence, writings, photographs, etc., of Julia Child, cookbook author, teacher, and television personality.

## Processing Information:

    Preliminary inventory: November 1993
    By: Jane S. Knowles
    Updated: April 2011
    By: Jenny Gotwals, with assistance from Camille Owens.

## Acquisition Information:

Accession numbers: 76-158, 77-M35, 77-M35, 77-M156, 79-M223, 79-M295, 80-M66, 81-M119, 83-M224, 84-M51, 87-M97, 88-M68, 90-M171, 92-M1, 92-M80, 92-M165, 93-M2, 93-M10, 93-M89, 93-M97, 93-M136, 2001-M217

These papers of Julia Child were given to the Schlesinger Library by Julia Child between May 1976 and August 1993.

## Access Restrictions:

Access. The papers are open to research.

## Use Restrictions:

Copyright. Copyright in the papers created by Julia Child is held by the Julia Child Foundation. Copyright in Paul Child's photographs published in any of Julia Child's books during her lifetime is also held by the Julia Child Foundation. Copyright in all other Paul Child photographs is held by the President and Fellows of Harvard College for the Schlesinger Library. Copyright in other papers in the collection may be held by their authors, or the authors' heirs or assigns.

Copying. Papers may be copied in accordance with the library's usual procedures.

## Preferred citation for publication:

Julia Child Papers, 1925-1993; item description, dates. MC 644, folder #. Schlesinger Library, Radcliffe Institute, Harvard University, Cambridge, Mass.

## BIOGRAPHY

Julia Child, cookbook writer, cookery teacher, and TV personality, was born Julia Carolyn McWilliams, in Pasadena, California, on August 15, 1912. She attended the Katharine Branson School in Ross, California (1927-1930), and graduated from Smith College in 1934. She worked in public relations in New York City (1934-1941) and served in the Office of Strategic Services (OSS, 1941-1946). She was stationed in Ceylon, where she met her future husband, and in China.

In 1946, she married Paul Cushing Child (1902-1994). After the war, Paul worked for the U.S. Information Agency (USIA), and, while the Childs were stationed in Paris, Julia studied at the Cordon Bleu and soon opened a cooking school, L'Ecole des Trois Gourmandes, with Simone Beck and Louisette Remion Bertholle. Her first cookbook, Mastering the Art of French Cooking, written with Beck and Bertholle, was published by Alfred A. Knopf in 1961; the second volume, by Child and Beck, appeared in 1970. These books gathered together the methods and recipes of classic French cooking and introduced Americans to French cooking that worked.

In 1962 Child launched a television cooking show, The French Chef, on WGBH-TV, the Public Broadcasting System channel in Boston. This was followed by two other series of The French Chef in color (1970, 1972). She resolutely refused all offers to appear on commercial television, preferring the freedom to run the program without interference from sponsors. Two cookbooks based on the series were published: The French Chef Cookbook