## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

---

BSH HOME APPLIANCES
CORPORATION, a Delaware corporation,

        Plaintiff,

    v.

THE JULIA CHILD FOUNDATION FOR
GASTRONOMY AND THE CULINARY
ARTS, a Massachusetts charitable trust, and
DOES 1-10, inclusive,

        Defendants.

Case No. 1:12-cv-11590-WGY

---

## DEFENDANT JULIA CHILD FOUNDATION'S 12(b)(6) MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION OF DENIAL OF MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Defendant The Julia Child Foundation for Gastronomy and the Culinary Arts (the "Julia Child Foundation") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6) and the Declaratory Judgment Act, 12 U.S.C. §2201, to dismiss Plaintiff's Complaint in the instant action. In the alternative, the Julia Child Foundation respectfully requests that the Court reconsider its denial of Defendant's Motion to Transfer Venue to the Central District of California, filed with the Court on September 11, 2012 (Dkt. No. 13).

As grounds for this Motion, the Julia Child Foundation refers the Court to the herewith filed Memorandum of Law in support of this Motion.

DATED:  October 4, 2012                    Respectfully submitted,

                                           THE JULIA CHILD FOUNDATION
                                           FOR GASTRONOMY AND THE
                                           CULINARY ARTS

                                           By its counsel

                                           /s/ Charles J. Harder_____

                                           Charles J. Harder (CA State Bar No. 184593)
                                           (admitted *pro hac vice*)
                                           WOLF RIFKIN SHAPIRO
                                           SCHULMAN & RABKIN, LLP
                                           11400 W. Olympic Boulevard, Suite 900
                                           Los Angeles, California  90064
                                           Telephone:    (310) 478-4100
                                           Facsimile:    (310) 479-1422
                                           Email:        CHarder@WRSlawyers.com

                                           /s/ David A. Kluft_____

                                           Julia Huston (BBO #562160)
                                           David Kluft (BBO# 658970)
                                           Anthony E. Rufo (BBO #675542)
                                           FOLEY HOAG LLP
                                           Seaport West
                                           155 Seaport Boulevard
                                           Boston, Massachusetts  02210-2600
                                           Telephone:    (617) 832-1166
                                           Facsimile:    (617) 832-7000
                                           Email:        JHuston@FoleyHoag.com
                                                         DKluft@FoleyHoag.com
                                                         ARufo@FoleyHoag.com

## LOCAL RULE 7.1(a)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

I hereby certify pursuant to Local Rule 7.1(a)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                           /s/  Anthony E. Rufo_____

B4057477.

2