UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BSH HOME APPLIANCES CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>THE JULIA CHILD FOUNDATION FOR GASTRONOMY AND THE CULINARY ARTS,<br><br>        Defendant. | Civil Action No. 1:12-cv-11590 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a) and in accordance with this Court's order dated December 10, 2012 (Doc. 51), Plaintiff BSH Home Appliances Corporation ("BSH") and Defendant The Julia Child Foundation for Gastronomy and the Culinary Arts (the "Foundation") hereby jointly stipulate that this action, including all claims and counterclaims asserted herein, should be dismissed with prejudice, each side waiving all rights of appeal and bearing its own costs and attorney's fees.

DATED:  December 13, 2012

11992239-v1

Respectfully submitted,

| | |
|---|---|
| **THE JULIA CHILD FOUNDATION FOR GASTRONOMY AND THE CULINARY ARTS** | **BSH HOME APPLIANCES CORPORATION**, |
| By its counsel | By its counsel |
| /s/ Charles J. Harder | /s/ A. Sasha Frid |
| Charles J. Harder (CA State Bar No. 184593) (admitted pro hac vice) WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP 11400 W. Olympic Boulevard, Suite 900 Los Angeles, California 90064 Telephone: (310) 478-4100 Facsimile: (310) 479-1422 Email: CHarder@WRSlawyers.com | A. Sasha Frid (admitted *pro hac vice*) Adam B. Hagen (admitted *pro hac vice*) Benjamin Taylor (admitted *pro hac vice*) MILLER & BARONDESS, LLP 1999 Avenue of the Stars, Suite 100 Los Angeles, California 90067 Telephone: (310) 552-4400 Facsimile: (310) 552-8400 Email: sfrid@millerbardondess.com Email: ahagen@millerbardondess.com Email: btaylor@millerbarondess.com |
| /s/ David Kluft | /s/ Katherine S. Kayatta |
| Julia Huston (BBO #562160) David Kluft (BBO# 658970) Anthony E. Rufo (BBO #675542) FOLEY HOAG LLP Seaport West 155 Seaport Boulevard Boston, Massachusetts 02210-2600 Telephone: (617) 832-1166 Facsimile: (617) 832-7000 Email: JHuston@FoleyHoag.com DKluft@FoleyHoag.com ARufo@FoleyHoag.com | John R. Bauer (BBO# 630742) Katherine S. Kayatta (BBO# 675487) ROBINSON & COLE LLP One Boston Place, Suite 2500 Boston, Massachusetts 02108 Phone: (617) 557-5900 Fax: (617) 557-5999 Email: jbauer@rc.com Email: kkayatta@rc.com |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non-registered participants.

Dated: December 13, 2012.

/s/ Katherine Kayatta
Katherine S. Kayatta